IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREATER YELLOWSTONE COALITION<br>13 South Willson, Suite 2<br>Bozeman, MT 59715;<br><br>THE WILDERNESS SOCIETY<br>1615 M St. NW<br>Washington, DC 20036;<br><br>NATURAL RESOURCES DEFENSE COUNCIL<br>40 West 20th Street<br>New York, NY 10011;<br><br>WINTER WILDLANDS ALLIANCE<br>910 Main St., Suite 235<br>Boise, ID 83702;<br><br>SIERRA CLUB<br>85 Second Street, 2nd Floor<br>San Francisco, CA 94105;<br><br>    Plaintiffs,<br><br>    vs.<br><br>DIRK KEMPTHORNE, in his official capacity as Secretary of Interior; MARY BOMAR, in her official capacity as Director of the National Park Service; and MIKE SNYDER, in his official capacity as Director of the Intermountain Region of the U.S. National Park Service,<br><br>    Defendants. | Case: 1:07-cv-02111<br>Assigned To : Sullivan, Emmet G.<br>Assign. Date : 11/20/2007<br>Description: ADMN AGENCY REVIEW |

## **CERTIFICATE REQUIRED BY RULE 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Plaintiffs Greater Yellowstone Coalition, The Wilderness Society, Natural Resources Defense Council, Winter Wildlands Alliance, and Sierra

Club, certify that to the best of my knowledge and belief, none of the Plaintiffs have parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public. These representations are made in order that judges of this court may determine the need for recusal.

Dated this 20th day of November, 2007.

Respectfully submitted,

Douglas L. Honnold (D.C. Bar # 468323)
dhonnold@earthjustice.org
Sean M. Helle (D.C. Bar # 490085)
shelle@earthjustice.org
Earthjustice
209 South Willson Avenue
Bozeman, MT 59715
(406) 586-9699
Fax: (406) 586-9695


David S. Baron, D.C. (Bar # 464222)
dbaron@earthjustice.org
Earthjustice
1625 Massachusetts Ave., NW, Ste. 702
Washington, DC 20036
(202) 667-4500

*Attorneys for Plaintiffs*
Greater Yellowstone Coalition, et al.