IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GREATER YELLOWSTONE COALITION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

**PLAINTIFFS' NOTICE OF ENTRY OF APPEARANCE**

Case No. 07-cv-2111 (EGS)

To the Clerk of this Court and all parties of record:

Please enter the appearance of Sean M. Helle as counsel in this case for Plaintiffs Greater Yellowstone Coalition, The Wilderness Society, Natural Resources Defense Council, Winter Wildlands Alliance, and Sierra Club.

Dated: November 28, 2007

　　　　　　　　　　　　　　　　　　　　　　　　/s/   Sean M. Helle
　　　　　　　　　　　　　　　　　　　　　Sean M. Helle (D.C. Bar # 490085)
　　　　　　　　　　　　　　　　　　　　　shelle@earthjustice.org
　　　　　　　　　　　　　　　　　　　　　Earthjustice
　　　　　　　　　　　　　　　　　　　　　209 South Willson Avenue
　　　　　　　　　　　　　　　　　　　　　Bozeman, MT  59715
　　　　　　　　　　　　　　　　　　　　　(406) 586-9699
　　　　　　　　　　　　　　　　　　　　　Fax: (406) 586-9695