IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREATER YELLOWSTONE COALITION, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) **PLAINTIFFS' NOTICE OF** ) **ENTRY OF APPEARANCE** |
| v. | ) ) Case No. 07-cv-2111 (EGS) |
| DIRK KEMPTHORNE, *et al.*, | ) ) |
| Defendants. | ) ) ) |

To the Clerk of this Court and all parties of record:

Please enter the appearance of Douglas L. Honnold as counsel in this case for Plaintiffs Greater Yellowstone Coalition, The Wilderness Society, Natural Resources Defense Council, Winter Wildlands Alliance, and Sierra Club.

Dated: November 28, 2007

       /s/    Douglas L. Honnold
Douglas L. Honnold (D.C. Bar # 468323)
dhonnold@earthjustice.org
Earthjustice
209 South Willson Avenue
Bozeman, MT  59715
(406) 586-9699
Fax: (406) 586-9695