AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 12/10/07 |
| NAME OF SERVER *(PRINT)* Zoë Maxfield | TITLE Litigation Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Sent by certified mail with pre-paid return receipt.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/9/08
          Date

Signature of Server: Zoë Maxfield

1625 Massachusetts Ave. N.W.
Earthjustice - Suite 702
Washington, D.C. 20036
*Address of Server*

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mary Bomkar, Director
   National Park Service
   1849 C Street, N.W.
   Washington, DC 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X *Greg Hindsley*  ☐ Agent  ☒ Addressee

B. Received by (Printed Name): Greg Hindsle

C. Date of Delivery: 12/10/07

D. Is delivery address different from item 1? ☐ Yes    If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number: 7007 1490 0001 3945 8251

07-02111 Complaint & Summons
Case No.

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540