AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 12/10/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Zoë Maxfield | Litigation Assistant |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Sent by certified mail with pre-paid return receipt.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    1/9/08
                  Date

Signature of Server: Zoë Maxfield

Address of Server:
1625 Massachusetts Ave. N.W.
Earthjustice - Suite 702
Washington, D.C. 20036

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jeffrey A. Taylor
U.S. Attorney's Office for D.C.
555 4th Street, NW
Washington, D.C. 20530

2. Article Number: 7007 1490 0001 3945 8237

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _Earnest L Parker_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): DEC 10 2007

C. Date of Delivery:

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type:
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Case No. 07-02111  Complaint & Summons

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540