RONALD J. TENPAS
Assistant Attorney General
BARRY A. WEINER
LUTHER L. HAJEK
GUILLERMO A. MONTERO
United States Department of Justice
Environment and Natural Resources Division
Post Office Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0469; (202) 305-0492
Fax: (202) 305-0274
Email: Barry.Weiner@usdoj.gov
 Luke.Hajek@usdoj.gov
 Guillermo.Montero@usdoj.gov

Attorneys for the Federal Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREATER YELLOWSTONE COALITION, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DIRK KEMPTHORNE, in his official capacity as Secretary of the Interior, *et al.*,<br><br>    Defendants. | Case No. 07-cv-2111 (EGS) |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Luther L. Hajek as counsel for the Federal Defendants, DIRK KEMPTHORNE, in his official capacity as Secretary of the Interior; MARY BOMAR, in her official capacity as Director of the National Park Service; and MIKE SNYDER, in his official capacity as Director of the Intermountain Region of the U.S. National Park Service in the above-referenced action.

Respectfully submitted this 14th day of January 2008,

>RONALD J. TENPAS
>Assistant Attorney General
>
>/s/ *Luther L. Hajek*
>LUTHER L. HAJEK
>Trial Attorney
>Natural Resources Section
>Environment & Natural Resources Division
>U.S. Department of Justice
>P.O. Box 663
>Washington, D.C.  20044-0663
>Telephone:   202-305-0492
>Fax:              202-305-0274
>Email:          Luke.Hajek@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of January 2008, a copy of the foregoing Notice of Appearance was filed electronically.  Notice of this filing will be sent to the following counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic case filing (ECF) system.

David S. Baron
Earthjustice
1625 Massachusetts Avenue, NW
Suite 702
Washington, D.C.  20036
Telephone:     (202) 667-4500
Fax:               (202) 667-2356
Email:  dbaron@earthjustice.org

Douglas L. Honnold
Earthjustice
209 South Wilson Avenue
Bozeman, MT 59715-4630
Telephone:     (406) 586-9699
Fax:               (406) 586-9695
Email:            dhonnold@eathjustice.org

Sean M. Helle
Earthjustice
209 South Wilson Avenue
Bozeman, MT 59715-4630
Telephone:     (406) 586-9699
Fax:               (406) 586-9695
Email:            shelle@earthjustice.org

                                                           /s/ *Luther L. Hajek*
                                                          LUTHER L. HAJEK