RONALD J. TENPAS
Assistant Attorney General
BARRY A. WEINER
LUTHER L. HAJEK
GUILLERMO A. MONTERO
United States Department of Justice
Environment and Natural Resources Division
Post Office Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0469; (202) 305-0492
Fax: (202) 305-0274
Email: Barry.Weiner@usdoj.gov
       Luke.Hajek@usdoj.gov
       Guillermo.Montero@usdoj.gov

Attorneys for the Federal Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREATER YELLOWSTONE COALITION, *et al.*, | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Case No. 07-cv-2111 (EGS) |
| DIRK KEMPTHORNE, in his official capacity as Secretary of the Interior, *et al.*, | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Guillermo A. Montero as counsel for the Federal

Defendants, DIRK KEMPTHORNE, in his official capacity as Secretary of the Interior; MARY

BOMAR, in her official capacity as Director of the National Park Service; and MIKE SNYDER,

in his official capacity as Director of the Intermountain Region of the U.S. National Park Service

in the above-referenced action. Service of all papers on Mr. Montero by regular (first-class)

United States mail should be made to the following mailing address:

>United States Department of Justice
>Environment and Natural Resources Division
>Natural Resources Section
>P.O. Box 663
>Washington, D.C. 20044-0663

All hand or overnight deliveries to Mr. Montero should be made to the following street address:

>United States Department of Justice
>Environment and Natural Resources Division
>Natural Resources Section
>601 D Street, N.W., Room 3529
>Washington, D.C. 20004

Facsimiles should be transmitted to Mr. Montero at 202.305.0274. Emails should be sent to

guillermo.montero@usdoj.gov.


    Respectfully submitted this 5th day of February, 2008,

>RONALD J. TENPAS
>Assistant Attorney General
>
>/s Guillermo A. Montero
>GUILLERMO A. MONTERO
>Trial Attorney
>Natural Resources Section
>Environment & Natural Resources Division
>U.S. Department of Justice
>P.O. Box 663
>Washington, D.C. 20044-0663
>Telephone:   202-305-0443
>Fax:         202-305-0274
>Email:       guillermo.montero@usdoj.gov