IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREATER YELLOWSTONE COALITION, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 07-cv-02111 (EGS) ) |
| DIRK KEMPTHORNE, *et al.*, | ) ) ) |
| Defendants. | ) ) ) ) |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO CONSOLIDATE WITH *NATIONAL PARKS CONSERVATION ASSOCIATION* (07-CV-2112)**

In response to defendants' motion to consolidate *Greater Yellowstone Coalition et al. v. Kempthorne et al.*, 07-cv-2111 (EGS), and *National Parks Conservation Association v. U.S. Department of the Interior et al.*, 07-cv-2112 (EGS), plaintiffs state that they do not oppose consolidation so long as: (1) the *Greater Yellowstone Coalition* plaintiffs retain the right to file separate pleadings, motions, and briefs; and (2) *Greater Yellowstone Coalition*, the earlier-filed action, is designated as the lead case. Plaintiffs do and will oppose defendants' forthcoming motion to transfer.

Respectfully submitted this 13th day of March 2008.

          /s/    Sean M. Helle
Douglas L. Honnold (D.C. Bar # 468323)
dhonnold@earthjustice.org
Sean M. Helle (D.C. Bar # 490085)
shelle@earthjustice.org
Earthjustice
209 South Willson Avenue
Bozeman, MT  59715

(406) 586-9699
Fax: (406) 586-9695

David S. Baron (D.C. Bar # 464222)
dbarron@earthjustice.org
Earthjustice
1625 Massachusetts Ave., NW, Ste. 702
Washington, DC 20036
(202) 667-4500

*Attorneys for Plaintiffs*