IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       )
GREATER YELLOWSTONE                    )
COALITION, et al.,                     )
                                       )
       Plaintiffs,                     )
                                       )   Case No. 07-cv-2111 (EGS)
   v.                              )
                                       )
DIRK KEMPTHORNE, et al.,               )
                                       )
       Defendants.                     )
_____)


**FEDERAL DEFENDANTS' NOTICE OF COMPLETION OF BRIEFING
ON DEFENDANTS' MOTION TO CONSOLIDATE WITH
CIVIL NO. 07-2112 (EGS),**
*NATIONAL PARKS CONSERVATION ASS'N v. U.S. DEP'T OF THE INTERIOR, ET AL.*

PLEASE TAKE NOTICE: On March 13, 2008, Federal Defendants filed a motion to consolidate the above-captioned case with National Parks Conservation Ass'n v. U.S. Dep't of the Interior, Case No. 07-cv-2112 (EGS). (See Dkt. #19). Plaintiffs, Greater Yellowstone Coalition et al., filed a responsive brief later that same day.

//

//

//

//

//

- 1 -

- 2 -

While LCvR 7(d) provides that a movant may file a reply brief within five court days of its motion, Federal Defendants will not be filing a reply brief in this instance. Accordingly, Defendants submit that the briefing on this motion is now complete.

Respectfully submitted this 14th day of March, 2008.

        RONALD J. TENPAS
        Assistant Attorney General

        /s/ *Guillermo A. Montero*
        GUILLERMO A. MONTERO
        BARRY A. WEINER
        LUTHER L. HAJEK
        United States Department of Justice
        Environment and Natural Resources Division
        Post Office Box 663
        Washington, D.C. 20044-0663
        Telephone: (202) 305-0469; (202) 305-0492
        Fax: (202) 305-0274
        Email: Barry.Weiner@usdoj.gov
              Luke.Hajek@usdoj.gov
              Guillermo.Montero@usdoj.gov

        Attorneys for the Defendants

OF COUNSEL:

JASON WAANDERS
U.S. Department of the Interior
Office of the Solicitor
Division of Parks and Wildlife
1849 C St., N.W., MS-3230
Washington, D.C. 20240
Tel: (202) 208-7957