IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREATER YELLOWSTONE COALITION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:07-cv-02111 (EGS) |

**ADDENDUM TO JOINT CASE MANAGEMENT STATEMENT
AND CHANGE IN PROPOSED SCHEDULE**

Pursuant to this Court's January 24, 2008 Order (Dkt. #12) and Local Rule 16.3, Plaintiffs Greater Yellowstone Coalition, The Wilderness Society, Natural Resources Defense Council, Winter Wildlands Alliance, and Sierra Club and Federal Defendants Dirk Kempthorne, Mary Bomar, and Michael Snyder (Collectively "the Parties"), submitted a Joint Case Management Statement ("Statement") to the Court on March 10, 2008, addressing the relevant topics listed in LCvR 16.3(c) and setting forth a proposed schedule for producing the administrative record and briefing. The schedule proposed was based on the availability of a certified administrative record by March 21, 2008. Assembling and compiling the administrative record, however, has taken longer than expected and has not allowed time for Federal Defendants' trial counsel to conduct the necessary privilege review of the approximately 45,000 pages of documents contained in the record. Federal Defendants require an additional three weeks time to conduct the privilege review.

To allow trial counsel for Federal Defendants the necessary time to conduct their privilege review of the administrative record, the Parties submit an amended proposed schedule, which is set forth below.

### Proposed Schedule

- <u>April 11, 2008</u>:  Federal Defendants to (i) file and serve a Certification of the Record and comprehensive index to the record documents (based on Bates numbering) and (ii) make hard copies of the Administrative Record available at a convenient location in the District of Columbia for inspection and copying by Plaintiff at its expense, provided the Parties will work together in good faith to minimize the expense and burden.  Prior to April 11, 2008, Federal Defendants shall make documents available to Plaintiff on a rolling basis as they are reviewed.

- <u>May 1, 2008</u>:  Defendants will file and serve a Notice of Lodging and a CD-ROM containing an electronic version of the complete Administrative Record.

- <u>May 14, 2008</u>:  Plaintiffs file their motion for summary judgment.

- <u>June 25, 2008</u>:  Defendants file their combined opposition and cross-motion for summary judgment.

- <u>July 23, 2008</u>:  Plaintiffs file their combined opposition to Defendants' cross-motion and reply as to Plaintiffs' motion.

- <u>August 20, 2008</u>:  Defendants file their reply brief as to their cross-motion.

- <u>As soon thereafter as the Court directs</u>:  hearing on motion.

Counsel for Plaintiffs has reviewed this Addendum to Joint Case Management Statement and Change in Proposed Schedule and has authorized the undersigned to sign on their behalf.

Respectfully submitted this 18th day of March 2008.

>RONALD J. TENPAS
>Assistant Attorney General
>
>GUILLERMO A. MONTERO (MA Bar # 660903)
>BARRY A. WEINER (NY Bar # 2739894)
>
>/s/ *Luther L. Hajek*
>LUTHER L. HAJEK (DC Bar # 467742)
>Trial Attorneys
>Natural Resources Section
>Environment & Natural Resources Division
>U.S. Department of Justice
>P.O. Box 663
>Washington, DC  20044-0663
>Phone:     (202) 305-0469
>Fax:        (202) 305-0274
>
>Attorneys for Federal Defendants
>
>Douglas L. Honnold (D.C. Bar # 468323)
>dhonnold@earthjustice.org
>
>/s/ *Sean M. Helle*
>Sean M. Helle (D.C. Bar # 490085)
>shelle@earthjustice.org
>Earthjustice
>209 South Willson Avenue
>Bozeman, MT  59715
>(406) 586-9699
>Fax: (406) 586-9695
>
>David S. Baron (D.C. Bar # 464222)
>dbarron@earthjustice.org
>Earthjustice
>1625 Massachusetts Ave., NW, Ste. 702
>Washington, DC 20036
>(202) 667-4500
>
>Attorneys for Plaintiffs