UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREATER YELLOWSTONE COALITION, *et al.*, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>DIRK KEMPTHORNE, *et al.*, <br><br>　　　　Defendants. | Civil Action No. 07-2111(EGS) |

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>UNITED STATES DEPARTMENT OF INTERIOR; NATIONAL PARK SERVICE, <br><br>　　　　Defendants. | Civil Action No. 07-2112(EGS) |

## SCHEDULING ORDER

**The failure of a party or attorney to comply with the provisions of this Order will be viewed with disfavor and may result in the imposition of sanctions. Attorneys of record shall read this Scheduling Order in its entirety and are responsible for ensuring that members of the attorney's staff are also familiar with and follow these procedures. Furthermore, in view**

**of the Court's limited resources, no one should contact chambers by telephone absent exigent circumstances.**

Upon review of the joint report filed pursuant to Local Rule 16.3(d), it is hereby **ORDERED** that:

(1) The parties are exempt from filing Federal Rule of Civil Procedure 26(a)(1) initial disclosures because this is an action for review of an administrative record. Fed. R. Civ. P. 26(a)(1)(E). The parties agree that no discovery is necessary at this time.

(2) Any motion that does not comply with LCvR 7(m) will be, *sua sponte*, stricken by the Court from the record.

(3) **Every pleading should indicate, immediately below the Civil Action No. in the caption, the next scheduled Court deadline, such as a status conference, or pretrial conference, or trial date. Pleadings that do not comply with this instruction will be, *sua sponte*, stricken by the Court from the record.**

(4) The parties shall provide Chambers with two (2) paper copies of all pleadings as well as their principal points and authorities.

(5) The parties shall adhere to the following briefing schedule:

- **April 4, 2008**: Federal Defendants to (i) file and serve a Certification of the Record and comprehensive index to the record documents (based on Bates numbering) and (ii) make hard copies of the Administrative Record available at a convenient location in the District of Columbia for

      inspection and copying by Plaintiff at its expense, provided the Parties will work together in good faith to minimize the expense and burden. Prior to April 4, 2008, Federal Defendants shall make documents available to Plaintiff on a rolling basis as they are reviewed.

- **April 22, 2008**: Defendants will file and serve a Notice of Lodging and a CD-ROM containing an electronic version of the complete Administrative Record.

- **May 9, 2008**: Plaintiffs file their motion for summary judgment.

- **June 16, 2008**: Defendants file their combined opposition and cross-motion for summary judgment.

- **July 11, 2008**: Plaintiffs file their combined opposition to defendants' cross-motion and their reply to plaintiffs' motion.

- **August 1, 2008**: Defendants file their reply brief to their cross-motion.

- **August 27, 2008**: The Court will hold a Motions Hearing on the parties' cross motions for summary judgment at 10:00 a.m. in Courtroom 24A before Judge Emmet G. Sullivan.

   Based on the representations of the parties regarding the time-sensitive nature of this matter and the presence of several other complex and time-sensitive matters on the Court's calendar, this schedule is **firm and no extensions of time will be given to any party for any reason**.

   (6) Counsel are directed not to communicate with anyone on Judge Sullivan's staff on an *ex parte* basis. In the event it is absolutely necessary to communicate with Judge Sullivan's staff regarding this case, counsel are directed to arrange, at their expense, a conference telephone call with counsel for all other parties, and any pro se party, and speak directly with chambers,

at 202-354-3260, or the courtroom deputy, Carol Votteler, at 202-354-3152.  It will not be the responsibility of anyone on Judge Sullivan's staff to arrange any telephone calls.

(7)   Counsel are admonished to read the Circuit's opinion in <u>Jackson v. Finnegan, Henderson, Farabow, Garrett & Dunner, et al.,</u> <u>101 F.3d 145, 152 (D.C. Cir. 1996)</u> (In implementing a scheduling order at the beginning of a case and insisting on its reasonable observance during litigation, the district court acted in a manner consistent with the Supreme Court's and Congress' concern for the fair and efficient administration of justice.).

It is **FURTHER ORDERED** that the Clerk of the Court is not required to provide hard copies of any pleading filed electronically in the above captioned case to supernumerary attorneys of a law firm who have not entered their appearance on the electronic case filing system (ECF) and registered for a password granting them access to electronic dockets.

**SO ORDERED.**

**Signed:     Emmet G. Sullivan**
**United States District Judge**
**March 19, 2008**