IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREATER YELLOWSTONE COALITION, *et al.*, </br></br>Plaintiffs, </br></br>v. </br></br>DIRK KEMPTHORNE, *et al.*, </br></br>Defendants. | Civ. No. 07-2111 (EGS) </br></br>[Hearing on Motion for Summary Judgment on August 27, 2008] |
| NATIONAL PARKS CONSERVATION ASSOCIATION, </br></br>Plaintiff, </br></br>v. </br></br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, </br></br>Defendants. | Civ. No. 07-2112 (EGS) </br></br>[Hearing on Motion for Summary Judgment on August 27, 2008] |

**GREATER YELLOWSTONE COALITION PLAINTIFFS' RESPONSE TO INTERNATIONAL SNOWMOBILE MANUFACTURERS ASSOCIATION ET AL.'S MOTION TO INTERVENE**

Having had opportunity to consider the International Snowmobile Manufacturers Association ("ISMA") et al.'s Motion to Intervene in Greater Yellowstone Coalition v. Kempthorne, Case No. 07-cv-2111 (EGS)—a case consolidated with National Parks Conservation Association v. U.S. Department of the Interior, Case No. 07-cv-2112 (EGS)—the Greater Yellowstone Coalition plaintiffs do not oppose the intervention of ISMA et al. as defendants in this litigation. With respect to ISMA et al.'s request to assert cross-claims against

federal defendants, the Greater Yellowstone Coalition plaintiffs do not oppose the introduction of those claims into this litigation so long as ISMA et al. first secure the dismissal of the identical set of claims they have pending in State of Wyoming v. U.S. Department of the Interior, Case No. 07-cv-319-CAB (D. Wyo.), and Board of County Commissioners of the County of Park, Wyoming v. U.S. Department of the Interior, Case No. 08-cv-004-CAB (D. Wyo.).  See Wash. Metro. Transit Auth. v. Ragonese, 617 F.2d 828, 830 (D.C. Cir. 1980) ("Considerations of comity and orderly administration of justice dictate that two courts of equal authority should not hear the same case simultaneously.").  In light of the briefing schedule set forth in the Court's March 19, 2008 Scheduling Order, the Greater Yellowstone Coalition plaintiffs suggest that ISMA et al. be given fourteen days in which to secure the dismissal of their Wyoming claims.  This suggestion is reflected in the accompanying proposed order.

      Respectfully submitted this 31st day of March, 2008.


          /s/     Sean M. Helle
Douglas L. Honnold (D.C. Bar # 468323)
dhonnold@earthjustice.org
Sean M. Helle (D.C. Bar # 490085)
shelle@earthjustice.org
Earthjustice
209 South Willson Avenue
Bozeman, MT  59715
(406) 586-9699
Fax: (406) 586-9695

David S. Baron (D.C. Bar # 464222)
dbarron@earthjustice.org
Earthjustice
1625 Massachusetts Ave., NW, Ste. 702
Washington, DC 20036
(202) 667-4500

*Attorneys for Plaintiffs*
*Greater Yellowstone Coalition et al.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GREATER YELLOWSTONE COALITION, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civ. No. 07-2111 (EGS) |
| v. | ) ) | |
| DIRK KEMPTHORNE, *et al.*, | ) ) | |
| Defendants. | ) ) | |
| NATIONAL PARKS CONSERVATION ASSOCIATION, | ) ) ) ) | |
| Plaintiff, | ) ) | Civ. No. 07-2112 (EGS) |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] ORDER**

Having reviewed the International Snowmobile Manufacturers Association ("ISMA") et al.'s Motion to Intervene and the parties' responses thereto, it is hereby:

ORDERED that ISMA et al.'s motion to intervene as defendants in this litigation is granted; and it is

FURTHER ORDERED that the ISMA defendants may file their proposed cross-claims against federal defendants in this litigation within fourteen days of the date of this Order, provided that they first secure the dismissal of their identical set of claims in State of Wyoming

<u>v. U.S. Department of the Interior</u>, Case No. 07-cv-319-CAB (D. Wyo.), and <u>Board of County Commissioners of the County of Park, Wyoming v. U.S. Department of the Interior</u>, Case No. 08-cv-004-CAB (D. Wyo.).

       SO ORDERED this \_\_\_\_\_ day of _____, _____.

                                      _____
                                      EMMET G. SULLIVAN
                                      United States District Judge