IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GREATER YELLOWSTONE COALITION, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civ. No. 07-2111 (EGS) |
| v. | ) ) | [Hearing on Motion for Summary Judgment on August 27, 2008] |
| DIRK KEMPTHORNE, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |
| NATIONAL PARKS CONSERVATION ASSOCIATION, | ) ) ) ) | |
| Plaintiff, | ) ) | Civ. No. 07-2112 (EGS) |
| v. | ) ) | [Hearing on Motion for Summary Judgment on August 27, 2008] |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**GREATER YELLOWSTONE COALITION PLAINTIFFS' STATEMENT
REGARDING NATIONAL PARKS CONSERVATION ASSOCIATION'S
APRIL 1, 2008 MOTION FOR AN EXTENSION**

In light of this Court's March 19, 2008 Order consolidating <u>Greater Yellowstone Coalition v. Kempthorne</u>, Case No. 07-cv-2111, and <u>National Parks Conservation Association v. U.S. Department of the Interior</u>, Case No. 07-cv-2112, the Greater Yellowstone Coalition plaintiffs request that any extension of the time available to oppose federal defendants' March 25, 2008 Motion to Transfer—a motion pertaining to both cases—apply uniformly in both cases.

Respectfully submitted this 1st day of April, 2008.

      /s/    Sean M. Helle
Douglas L. Honnold (D.C. Bar # 468323)
dhonnold@earthjustice.org
Sean M. Helle (D.C. Bar # 490085)
shelle@earthjustice.org
Earthjustice
209 South Willson Avenue
Bozeman, MT  59715
(406) 586-9699
Fax: (406) 586-9695

David S. Baron (D.C. Bar # 464222)
dbarron@earthjustice.org
Earthjustice
1625 Massachusetts Ave., NW, Ste. 702
Washington, DC 20036
(202) 667-4500

*Attorneys for Plaintiffs*
*Greater Yellowstone Coalition et al.*