IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREATER YELLOWSTONE COALITION, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>            Defendants. | Case No. 07-cv-2111 (EGS)<br><br>[Hearing on Motions for Summary Judgment on August 27, 2008] |
| NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>            Plaintiff,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; NATIONAL PARK SERVICE,<br><br>            Defendants. | Case No. 07-cv-2112 (EGS)<br><br>[Hearing on Motions for Summary Judgment on August 27, 2008] |

**PLAINTIFF NATIONAL PARKS CONSERVATION ASSOCIATION'S MOTION FOR EXPEDITED CONSIDERATION OF ITS MOTION FOR LEAVE TO FILE A SURREPLY IN OPPOSITION TO THE MOTION TO TRANSFER**

Plaintiff National Parks Conservation Association ("NPCA") respectfully moves this Court for expedited treatment of NPCA's motion for leave to file a surreply as to Federal Defendants' motion to transfer. Federal Defendants have consented to this motion for expedited consideration. While the Federal Defendants do not agree that NPCA should be permitted to file its surreply, all parties agree that NPCA's request to file its very brief surreply should not delay the resolution of Federal Defendants' transfer motion.

2

**STATEMENT PURSUANT TO LCvR 7(m)**

Counsel for NPCA consulted with counsel for the Federal Defendants on this motion and Federal Defendants have stated that they do not oppose this motion for expedited consideration.

                      Respectfully submitted,

                      /s/ Robert D. Rosenbaum
                      Robert D. Rosenbaum (D.C. Bar No. 090498)
                      ARNOLD & PORTER LLP
                      555 Twelfth Street, NW
                      Washington, DC  20004
                      Phone:   (202) 942-5862
                      Fax:       (202) 942-5999

                      Attorneys for Plaintiff

Dated:  April 18, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREATER YELLOWSTONE COALITION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, et al., <br><br> Defendants. | Case No. 07-cv-2111 (EGS) <br><br> [Hearing on Motions for Summary Judgment on August 27, 2008] |
| NATIONAL PARKS CONSERVATION ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR; NATIONAL PARK SERVICE, <br><br> Defendants. | Case No. 07-cv-2112 (EGS) <br><br> [Hearing on Motions for Summary Judgment on August 27, 2008] |

**[PROPOSED] ORDER**

Having considered Plaintiff National Parks Conservation Association's April 18, 2008 motion for expedited consideration of its motion for leave to file a surreply, it is hereby

ORDERED that the motion for expedited consideration is GRANTED.

SO ORDERED.

                                                                                 EMMET G. SULLIVAN
                                                                                 United States District Judge

Dated: April __, 2008