**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| GREATER YELLOWSTONE COALITION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, *et al.*, <br><br> Defendants. | Civil Action No. 07-2111(EGS) |
| NATIONAL PARKS CONSERVATION ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF INTERIOR; NATIONAL PARK SERVICE, <br><br> Defendants. | Civil Action No. 07-2112(EGS) |

**ORDER**

Pending before the Court is Defendants' Motion to Transfer this case to the District of Wyoming and the International Snowmobile Manufacturers Association *et al.*'s ("ISMA") Motion to

Intervene as defendants and to assert cross-claims.  Upon consideration of the Motions, the responses and replies thereto, the applicable law and the entire record, and for the reasons stated in the accompanying Memorandum Opinion issued this day, it is hereby **ORDERED** that Defendants' Motion to Transfer is **DENIED;** and it is

**FURTHER ORDERED** that ISMA's Motion to Intervene is **GRANTED IN PART AND DENIED IN PART.**  ISMA may intervene as a defendant, but may not assert affirmative cross-claims at this time.

**Signed:     EMMET G. SULLIVAN**
**             UNITED STATES DISTRICT JUDGE**
**             April 24, 2008**