IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREATER YELLOWSTONE COALITION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, *et al.*, <br><br> Defendants. | Civ. No. 07-2111 (EGS) <br><br> [Hearing on Motion for Summary Judgment on August 27, 2008] |
| NATIONAL PARKS CONSERVATION ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, <br><br> Defendants. | Civ. No. 07-2112 (EGS) <br><br> [Hearing on Motion for Summary Judgment on August 27, 2008] |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION
OF THEIR MOTION TO COMPEL DEFENDANTS TO PRODUCE
A PRIVILEGE LOG FOR DOCUMENTS WITHHELD AS "DELIBERATIVE"**

Plaintiffs respectfully move this Court for expedited treatment of plaintiffs' joint motion for an order requiring defendants to produce a privilege log for documents that defendants have withheld from the administrative record on the purported ground that they are covered by deliberative process privilege.  Plaintiffs have consulted with defendants, who do not oppose expedited consideration, and agreed to an expedited briefing schedule under which defendants

will file their response to plaintiffs' motion by May 9, 2008 and plaintiffs will file their reply on or before May 13, 2008.

## STATEMENT PURSUANT TO LCvR 7(m)

Pursuant to Local Rule 7(m), counsel for the parties have conferred and agreed to the expedited briefing schedule set forth above.

Dated: May 2, 2008

                                                Respectfully submitted,

                                                /s/ Robert D. Rosenbaum
                                                Robert D. Rosenbaum (D.C. Bar No. 090498)
                                                ARNOLD & PORTER LLP
                                                555 Twelfth Street, NW
                                                Washington, DC  20004
                                                Phone: (202) 942-5862
                                                Fax:  (202) 942-5999

                                                Attorneys for Plaintiff National Parks
                                                Conservation Association


                                                /s/ Sean M. Helle
                                                Douglas L. Honnold (D.C. Bar No. 468323)
                                                Sean M. Helle (D.C. Bar No. 490085)
                                                Earthjustice
                                                209 South Wilson Avenue
                                                Bozeman, MT  59715
                                                Phone:  (406) 586-9699
                                                Fax:  (406) 586-9695

                                                David S. Baron (D.C. Bar No. 464222)
                                                Earthjustice
                                                1625 Massachusetts Ave., NW, Ste. 702
                                                Washington D.C.  20036
                                                Phone:  (202) 667-4500
                                                Fax:  (202) 667-2356

                                                Attorneys for Plaintiffs Greater
                                                Yellowstone Coalition, *et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
GREATER YELLOWSTONE COALITION,          )
et al.,                                 )
            Plaintiffs,                 )
                                        )   Case No. 07-cv-2111 (EGS)
      v.                                )
                                        )   [Hearing on Motions for Summary
DIRK KEMPTHORNE, et al.,                )   Judgment on August 27, 2008]
                                        )
            Defendants.                 )
_____)

_____
                                        )
NATIONAL PARKS CONSERVATION             )
ASSOCIATION,                            )
                                        )
            Plaintiff,                  )
                                        )   Case No. 07-cv-2112 (EGS)
      v.                                )
                                        )   [Hearing on Motions for Summary
UNITED STATES DEPARTMENT OF THE         )   Judgment on August 27, 2008]
INTERIOR; NATIONAL PARK SERVICE         )
                                        )
            Defendants.                 )
_____)


**[PROPOSED] ORDER GRANTING PLAINTIFF NPCA'S MOTION
FOR EXPEDITED CONSIDERATION**

Having considered the Plaintiff National Parks Conservation Association's Motion for Expedited Consideration of its Motion For Extension of Time to File its Opposition to the Federal Defendants' March 25, 2008 Motion to Transfer the above-captioned cases to the United States District Court for the District of Wyoming, it is hereby ORDERED that:

    (1)   The Motion is GRANTED

2

(2) Federal Defendants have until Friday April 4, 2008 at 1:00 p.m. to file their opposition to NPCA's Motion For Extension of Time

SO ORDERED.

_____
EMMET G. SULLIVAN
United States District Judge

Dated: April __, 2008