IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREATER YELLOWSTONE COALITION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, *et al.*, <br><br> Defendants. | Civ. No. 07-2111 (EGS) <br><br> [Hearing on Motion for Summary Judgment on August 27, 2008] |
| NATIONAL PARKS CONSERVATION ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, <br><br> Defendants. | Civ. No. 07-2112 (EGS) <br><br> [Hearing on Motion for Summary Judgment on August 27, 2008] |

### DECLARATION OF ROBERT D. ROSENBAUM

I, Robert D. Rosenbaum, hereby state, under penalty of perjury, as follows:

1. I am a member of the bar of this Court and a lawyer at Arnold & Porter LLP, counsel to plaintiff National Parks Conservation Association in this matter.

2. Attached as Exhibit A is a true and correct copy of a letter from Luther L. Hajek to Douglas L. Honnold and Robert D. Rosenbaum which I received by email on April 8, 2008.

3. Attached as Exhibit B is a true and correct copy of a letter from Ingo W. Sprie, Jr. to Barry A. Weiner and Luther L. Hajek, of which I received an email copy on April 10, 2008.

4. Attached is Exhibit C is a true and correct cop of a letter from Luther L Hajek to Ingo W. Sprie, Jr. of which I received a copy by email on April 16, 2008.

5. Attached as Exhibit D is a true and correct copy of a letter from Ingo W. Sprie, Jr. to Luther L. Hajek , of which I received a copy by email on April 23, 2008.

6. Attached as Exhibit E is a true and correct copy of a letter from Kerrie Evans (Freedom of Information Act Coordinator) to Sean M. Helle, dated April 30, 2008, as provided to me by Mr. Helle.

7. Attached as Exhibit F is a true and correct copy of a document entitled "Guidance for Federal Agencies On Compiling The Administrative Record," as obtained from the Department of the Interior, Fish and Wildlife Service, website.

7. Attached as Exhibit G is a true and correct copy of a document entitled "draft Director's Order #88", as obtained from the National Park Service website.

_____
Robert D. Rosenbaum