IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GREATER YELLOWSTONE COALITION, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civ. No. 07-2111 (EGS) |
| v. | ) ) ) | [Hearing on Motion for Summary Judgment on August 27, 2008] |
| DIRK KEMPTHORNE, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |
| NATIONAL PARKS CONSERVATION ASSOCIATION, | ) ) ) ) | |
| Plaintiff, | ) ) | Civ. No. 07-2112 (EGS) |
| v. | ) ) ) | [Hearing on Motion for Summary Judgment on August 27, 2008] |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION
OF THEIR MOTION TO COMPEL DEFENDANTS TO PRODUCE
A PRIVILEGE LOG FOR DOCUMENTS WITHHELD AS "DELIBERATIVE"**

Plaintiffs respectfully move this Court for expedited treatment of plaintiffs' joint motion for an order requiring defendants to produce a privilege log for documents that defendants have withheld from the administrative record on the purported ground that they are covered by deliberative process privilege. Plaintiffs have consulted with defendants, who do not oppose expedited consideration, and agreed to an expedited briefing schedule under which defendants

will file their response to plaintiffs' motion by May 9, 2008 and plaintiffs will file their reply on or before May 13, 2008.

## STATEMENT PURSUANT TO LCvR 7(m)

Pursuant to Local Rule 7(m), counsel for the parties have conferred and agreed to the expedited briefing schedule set forth above.

Dated: May 2, 2008

Respectfully submitted,

/s/ Robert D. Rosenbaum
Robert D. Rosenbaum (D.C. Bar No. 090498)
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
Phone: (202) 942-5862
Fax: (202) 942-5999

Attorneys for Plaintiff National Parks
Conservation Association


/s/ Sean M. Helle
Douglas L. Honnold (D.C. Bar No. 468323)
Sean M. Helle (D.C. Bar No. 490085)
Earthjustice
209 South Wilson Avenue
Bozeman, MT 59715
Phone: (406) 586-9699
Fax: (406) 586-9695

David S. Baron (D.C. Bar No. 464222)
Earthjustice
1625 Massachusetts Ave., NW, Ste. 702
Washington D.C. 20036
Phone: (202) 667-4500
Fax: (202) 667-2356

Attorneys for Plaintiffs Greater
Yellowstone Coalition, et al.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREATER YELLOWSTONE COALITION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, *et al.*, <br><br> Defendants. | Civ. No. 07-2111 (EGS) <br><br> [Hearing on Motion for Summary Judgment on August 27, 2008] |
| NATIONAL PARKS CONSERVATION ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, <br><br> Defendants. | Civ. No. 07-2112 (EGS) <br><br> [Hearing on Motion for Summary Judgment on August 27, 2008] |

### [PROPOSED] ORDER

Having considered plaintiffs' May 2, 2008 unopposed motion for expedited consideration of plaintiffs' motion to compel defendants to produce a privilege log for documents that defendants have withheld from the administrative record on the ground that they purportedly are covered by deliberative process privilege, it is hereby ORDERED that the motion for expedited consideration is GRANTED.

2

Defendants will file their response to plaintiffs' motion to compel by May 9, 2008 and plaintiffs will file their reply on or before May 13, 2008.

SO ORDERED.

                                                                                               _____
                                                                                               EMMET G. SULLIVAN
                                                                                               United States District Judge

Dated: May \_\_, 2008