IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREATER YELLOWSTONE COALITION, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>        Defendants. | Case No. 07-cv-2111 (EGS)<br><br>[Hearing on Motions for Summary Judgment on August 27, 2008] |
| NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; NATIONAL PARK SERVICE<br><br>        Defendants. | Case No. 07-cv-2112 (EGS)<br><br>[Hearing on Motions for Summary Judgment on August 27, 2008] |

**NOTICE OF FILING OF SUPPLEMENT TO THE ADMINISTRATIVE RECORD**

Dirk Kempthorne, in his official capacity as Secretary of the Interior; Mary Bomar, in her official capacity as Director of the National Park Service; Mike Snyder, in his official capacity as Director of the Intermountain Region of the U.S. National Park Service; the U.S. Department of the Interior; and the U.S. National Park Service (collectively "Federal Defendants") hereby give notice of the filing of a Supplement to the Administrative Record in the above-captioned cases. The Supplement to the Administrative Record is contained on one compact disk which will be filed manually with the Clerk's Office. Federal Defendants also submit an Index to the

- 2 -

Supplement to the Administrative Record as Exhibit 1. The Certification to the Administrative Record as supplemented is submitted as Exhibit 2. The Supplement to the Administrative Record will be provided to all parties in the case.

Respectfully submitted this 15th day of May, 2008.

                                            RONALD J. TENPAS
                                            Assistant Attorney General

                                            /s/*Luther L. Hajek*
                                            GUILLERMO A. MONTERO
                                            BARRY A. WEINER
                                            LUTHER L. HAJEK
                                            United States Department of Justice
                                            Environment and Natural Resources Division
                                            Post Office Box 663
                                            Washington, D.C. 20044-0663
                                            Telephone: (202) 305-0469 / Fax: (202) 305-0274
                                            Email: Barry.Weiner@usdoj.gov
                                                     Luke.Hajek@usdoj.gov
                                                     Guillermo.Montero@usdoj.gov

                                            Attorneys for the Defendants

OF COUNSEL:

JASON WAANDERS
U.S. Department of the Interior
Office of the Solicitor
Division of Parks and Wildlife
1849 C St., N.W., MS-3230
Washington, D.C. 20240
Tel: (202) 208-7957

**Administrative Record - Including Attorney Client Privilege**

Yellowstone-Grand Teton National Parks

2007 Winter Use Plans EIS / Rule

Page 148 of 150

| Folder Label | Divider Label | Date | Priv. | Bates Start | CD |
|---|---|---|---|---|---|
| Emergency publication justification for final rule; emails from G Pollock/J Lee/S Masica; 12/10/07 | RULES: FINAL RULE | 12/10/2007 | No | 126653 | 5 |
| J Case/G Pollock/J Lee emails re: YELL Final Regulation; 12/11/07 | RULES: FINAL RULE | 12/11/2007 | No | 126668 | 5 |
| FAQs, Talking Points, and All-Employee memo re: publication of final rule; 12/13/07 | RULES: FINAL RULE | 12/13/2007 | No | 126675 | 5 |
| Final Rule, original from Federal Register; 12/13/07 | RULES: FINAL RULE | 12/13/2007 | No | 126681 | 5 |
| Posting "Economic Analysis of Final Rulemaking" to web; D Swanke/P Olliff email; 12/27/07 | RULES: FINAL RULE | 12/27/2007 | No | 126682 | 5 |
| Flagg Ranch contract; 7/1/97 | CONCESSIONS | 7/1/1997 | No | 126683 | 6 |
| Targhee Snowmobile Tours CUA; 12/19/06 | CONCESSIONS | 12/19/2006 | No | 126691 | 6 |
| Three Bear Lodge CUA; 12/19/06 | CONCESSIONS | 12/19/2006 | No | 126698 | 6 |
| Yellowstone Adventures CUA; 12/26/06 | CONCESSIONS | 12/26/2006 | No | 126705 | 6 |
| Yellowstone Arctic-Yamaha CUA; 12/19/06 | CONCESSIONS | 12/19/2006 | No | 126712 | 6 |
| Two Bears, Inc. CUA; 12/19/06 | CONCESSIONS | 12/19/2006 | No | 126719 | 6 |
| Loomis Enterprises, Inc. CUA; 12/26/06 | CONCESSIONS | 12/26/2006 | No | 126726 | 6 |
| Ace Snowmobile Rental, Inc. CUA; 12/19/06 | CONCESSIONS | 12/19/2006 | No | 126733 | 6 |
| Bess Snowmobile Tours, Inc. (Jackson Hole Snowmobile Tours) CUA; 12/19/06 | CONCESSIONS | 12/19/2006 | No | 126747 | 6 |
| High Country Snowmobile Tours CUA; 12/20/06 | CONCESSIONS | 12/20/2006 | No | 126754 | 6 |
| Gary Fales Outfitting, Inc. CUA; 12/26/06 | CONCESSIONS | 12/26/2006 | No | 126761 | 6 |
| Heart Six Ranch, Inc. CUA; 12/20/06 | CONCESSIONS | 12/20/2006 | No | 126768 | 6 |
| Rocky Mountain Snowmobile Tours CUA; 12/19/06 | CONCESSIONS | 12/19/2006 | No | 126775 | 6 |
| Old Faithful Snowmobile Tours CUA; 12/20/06 | CONCESSIONS | 12/20/2006 | No | 126782 | 6 |
| National Park Adventures CUA; 1/4/07 | CONCESSIONS | 1/4/2007 | No | 126790 | 6 |
| Yellowstone Snowmobiles Tours, Inc. CUA; 12/19/06 | CONCESSIONS | 12/19/2006 | No | 126797 | 6 |
| Two Top Snowmobile Rental, Inc. CUA; 12/19/06 | CONCESSIONS | 12/19/2006 | No | 126804 | 6 |
| Togwotee Snowmobile Adventures CUA (Cole); 12/28/06 | CONCESSIONS | 12/28/2006 | No | 126811 | 6 |
| Togwotee Snowmobile Adventures CUA (Scobby and Chapman); 12/28/06 | CONCESSIONS | 12/28/2006 | No | 126819 | 6 |
| Best Snowmobiles Tours of Yellowstone, Inc. CUA; 12/19/06 | CONCESSIONS | 12/19/2006 | No | 126826 | 6 |

# Administrative Record - Including Attorney Client Privilege

Yellowstone-Grand Teton National Parks

2007 Winter Use Plans EIS / Rule

Page 149 of 150

| Folder Label | Divider Label | Date | Priv. | Bates Start | CD |
|---|---|---|---|---|---|
| Xanterra Contract; 12/1/05 | CONCESSIONS | 12/1/2005 | No | 126833 | 6 |
| Temporary EA; 8/31/04 | OPERATIONS & WORKING DOCS | 8/31/2004 | No | 126858 | 6 |
| Aune, K. E. 1981. "Impacts of Winter Recreationists on Wildlife in a Portion of Yellowstone National Park, Wyoming." Master's Thesis, Montana State University, Bozeman, Montana. | WILDLIFE | 3/31/1981 | No | 126859 | 6 |
| Hardy, A. 2001. "Bison and Elk Responses to Winter Recreation in Yellowstone National Park." Master's thesis, Montana State University, Bozeman, Montana. | WILDLIFE | 11/30/2001 | No | 126861 | 6 |
| Bjornlie, D. D. and R. A. Garrott. 2001. "Effects of Winter Road Grooming on Bison in Yellowstone National Park." Journal of Wildlife Management 65: 560-572. | WILDLIFE | 7/31/2001 | No | 126863 | 6 |
| Meagher, M. M. 1989. "Range Expansion by Bison of Yellowstone National Park." Journal of Mammalogy 70 (3): 670- 675. | WILDLIFE: BISON | 8/31/1989 | No | 126864 | 6 |
| Cassirer, E. F., D. J. Freddy, and E. D. Ables. 1992. "Elk Responses to Disturbance by Cross-Country Skiers in Yellowstone National Park." Wildlife Society Bulletin 20: 375-381. | WILDLIFE | 12/31/1992 | No | 126865 | 6 |
| Meagher, M. M. 1993. "Winter Recreation-Induced Changes on Bison Numbers and Distribution in Yellowstone National Park." Unpublished report, Yellowstone National Park, Wyoming. | WILDLIFE: BISON | 3/31/1993 | No | 126866 | 6 |
| Green, G. I., D. J. Mattson, and J. M. Peek. 1997. "Spring Feeding on Ungulate Carcasses by Grizzly Bears in Yellowstone National Park." Journal of Wildlife Management 61: 1040-1055. | WILDLIFE | 12/31/1997 | No | 126867 | 6 |
| Meagher, M. M. 1998. "Recent Changes in Yellowstone Bison Numbers and Distribution." In International Symposium on Bison Ecology and Management, edited by L. Irby and J. Knight, Bozeman, Montana. | WILDLIFE: BISON | 12/31/1998 | No | 126868 | 6 |
| Clark, W. 1999. "The Effects of Winter Recreation on Elk." In Effects of Winter Recreation on Wildlife of the Greater Yellowstone Area: A Literature Review and Assessment, edited by T. Olliff, K. Legg, and B. Kaeding. Report to the Greater | WILDLIFE | 10/31/1999 | No | 126869 | 6 |
| Picton, H. D. 1999. "Energetic Costs of Wildlife Displacement by Winter Recreationists." In The Effects of Winter Recreation on Wildlife: A Literature Review and Assessment. T. Olliff, K. Legg, and B. Kaeding, eds. National Park Service, | WILDLIFE | 10/31/1999 | No | 126873 | 6 |

**Administrative Record - Including Attorney Client Privilege**

Yellowstone-Grand Teton National Parks

2007 Winter Use Plans EIS / Rule

Page 150 of 150

| Folder Label | Divider Label | Date | Priv. | Bates Start | CD |
|---|---|---|---|---|---|
| Bjornlie, D. D. 2000. "Ecological Effects of Winter Road Grooming on Bison in Yellowstone National Park." Master's Thesis, Montana State University, Bozeman, Montana. | WILDLIFE: BISON | 5/31/2000 | No | 126877 | 6 |
| Creel, S., J. E. Fox, A. Hardy, J. Sands, B. Garrott, and R. O. Peterson. 2002. "Snowmobile Activity and Glucocorticoid Stress Responses in Wolves and Elk." Conservation Biology 16: 809-814 | WILDLIFE | 12/31/2002 | No | 126878 | 6 |
| Jaffe, R., D. Elwood, C. Dimmick, T. Davis and C. McClure. 2002. "Final Report: Wildlife Road Survey & Human Interactions On and Off Road." Unpublished report, National Park Service, Yellowstone National Park, Wyoming. | WILDLIFE | 12/31/2002 | No | 126879 | 6 |
| Davis, T., P.J. White, J. Borkowski, D. Reinhart, C. McClure, and P. Perrotti. 2004. "Wildlife Responses to Motorized Winter Recreation in Yellowstone National Park: 2003 Annual Report." | WILDLIFE | 1/12/2004 | No | 126880 | 6 |
| White, P. J., T. Davis, J. Borkowski, D. Reinhart, C. McClure, and P. Perrotti. 2004. "Wildlife Responses to Motorized Winter Recreation in Yellowstone National Park: 2004 Annual Report." | WILDLIFE | 7/14/2004 | No | 126881 | 6 |
| Cheville, N. F., D. R. McCullough, L. R. Paulson, N. Grossblatt, K. Iverson, and S. Parker. 1998. "Brucellosis in the Greater Yellowstone Area." Washington D.C.: National Academy Press | WILDLIFE | 12/31/1998 | No | 126882 | 6 |
| Taper, M. L., M. L. Meagher, and C. L. Jerde. 2000. The Phenology of Space: Spatial Aspects of Bison Density Dependence in Yellowstone National Park. Unpublished report available at http://www.nrmsc.usgs.gov/    Pages 109 - 259 are missing | WILDLIFE: BISON | 10/31/2000 | No | 126883 | 6 |
| Bruggeman, J. E., R. A. Garrott, D. D. Bjornlie, P. J. White, F. G. R. Watson, and J. J. Borkowski. 2006. "Temporal Variability in Winter Travel Patterns of Yellowstone Bison: The Effects of Road Grooming." Ecological Applications 16: 1539-1554. | WILDLIFE: BISON | 12/31/2006 | No | 126884 | 6 |
| "2001-2002 Winter Use Final Report," compiled by C. Dimmick, Madison Subdistrict Ranger; 3/27/02 | OPERATIONS & WORKING DOCS | 3/27/2002 | No | 126885 | 6 |
| C. Dimmick, Winter 2002-2003 final report by Madison Subdistrict rangers; 5/9/03 | OPERATIONS & WORKING DOCS | 5/9/2003 | No | 126886 | 6 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREATER YELLOWSTONE COALITION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>Defendants. | Case No. 07-cv-2111 (EGS)<br><br>[Hearing on Motions for Summary Judgment on August 27, 2008] |
| NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; NATIONAL PARK SERVICE<br><br>Defendants. | Case No. 07-cv-2112 (EGS)<br><br>[Hearing on Motions for Summary Judgment on August 27, 2008] |

## CERTIFICATION OF THE ADMINISTRATIVE RECORD

I, John A. Sacklin, make the following declaration:

1. I am the Management Assistant for Yellowstone National Park of the National Park Service ("NPS"), United States Department of the Interior. As such, I am responsible for overseeing winter use planning at Yellowstone National Park.

2. As Management Assistant for Yellowstone National Park, I am the custodian of the administrative record for NPS's Winter Use Plans Final Environmental Impact

- 1 -

Statement, September 2007 ("FEIS"), the Winter Use Plans Record of Decision, November 20, 2007 ("ROD"), and the Final Rule governing winter visitation and recreational use in Yellowstone and Grand Teton National Parks and the John D. Rockefeller, Jr. Memorial Parkway ("the Parks"), 72 Fed. Reg. 70781 (December 13, 2007), the agency actions that have been challenged in this case. I was responsible for the compilation of the administrative record for the FEIS, ROD, and Final Rule. As part of the compilation, I requested files from the appropriate offices of the National Park Service and Department of the Interior pertaining to these actions.

3. To the best of my knowledge, and based on my official knowledge and information, I hereby certify that the index to the administrative record filed with the Court in this matter constitutes a true, accurate, and complete index of the administrative record for the FEIS, ROD, and Final Rule, the agency actions challenged in this matter. A true, accurate, and complete copy of the documents in the administrative record and identified in the index are contained on five CD-Roms filed with the Court on April 22, 2008 and on one additional CD-Rom containing supplemental documents that will be filed with the Court today. Some documents, which are deliberative materials and/or privileged documents reflecting agency deliberations, have not been included in this administrative record.

4. I swear under penalty of perjury that the foregoing information is true, accurate, and complete.

Dated this 15th day of May 2008.

John A. Sacklin