IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREATER YELLOWSTONE COALITION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>Defendants. | Case No. 07-cv-2111 (EGS)<br><br>[Hearing on Motions for Summary Judgment on August 27, 2008] |
| NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; NATIONAL PARK SERVICE<br><br>Defendants. | Case No. 07-cv-2112 (EGS)<br><br>[Hearing on Motions for Summary Judgment on August 27, 2008] |

**NOTICE OF THE FILING OF SECOND SUPPLEMENT
TO THE ADMINISTRATIVE RECORD**

Dirk Kempthorne, in his official capacity as Secretary of the Interior; Mary Bomar, in her official capacity as Director of the National Park Service; Mike Snyder, in his official capacity as Director of the Intermountain Region of the U.S. National Park Service; the U.S. Department of the Interior; and the U.S. National Park Service (collectively "Federal Defendants") hereby give notice of the filing of a Second Supplement to the Administrative Record in the above-captioned cases. The Second Supplement to the Administrative Record is contained on one compact disk

- 2 -

which will be filed manually with the Clerk's Office.  Federal Defendants also submit an Index to the Second Supplement to the Administrative Record as Exhibit 1.  The Second Supplement to the Administrative Record will be provided to all parties in the case.

Respectfully submitted this 9th day of June, 2008.

        RONALD J. TENPAS
        Assistant Attorney General

        /s/*Luther L. Hajek*
        GUILLERMO A. MONTERO
        BARRY A. WEINER
        LUTHER L. HAJEK
        United States Department of Justice
        Environment and Natural Resources Division
        Post Office Box 663
        Washington, D.C. 20044-0663
        Telephone: (202) 305-0469 / Fax: (202) 305-0274
        Email: Barry.Weiner@usdoj.gov
             Luke.Hajek@usdoj.gov
             Guillermo.Montero@usdoj.gov

        Attorneys for the Defendants

OF COUNSEL:

JASON WAANDERS
U.S. Department of the Interior
Office of the Solicitor
Division of Parks and Wildlife
1849 C St., N.W., MS-3230
Washington, D.C.  20240
Tel: (202) 208-7957

| Folder Label | Divider Label | Date | Priv. | Bates Start | CD |
|---|---|---|---|---|---|
| Emergency publication justification for final rule; emails from G Pollock/J Lee/S Masica; 12/10/07 | RULES: FINAL RULE | 12/10/2007 | No | 126653 | 5 |
| J Case/G Pollock/J Lee emails re: YELL Final Regulation; 12/11/07 | RULES: FINAL RULE | 12/11/2007 | No | 126668 | 5 |
| FAQs, Talking Points, and All-Employee memo re: publication of final rule; 12/13/07 | RULES: FINAL RULE | 12/13/2007 | No | 126675 | 5 |
| Final Rule, original from Federal Register; 12/13/07 | RULES: FINAL RULE | 12/13/2007 | No | 126681 | 5 |
| Posting "Economic Analysis of Final Rulemaking" to web; D Swanke/P Olliff email; 12/27/07 | RULES: FINAL RULE | 12/27/2007 | No | 126682 | 5 |
| Flagg Ranch contract; 7/1/97 | CONCESSIONS | 7/1/1997 | No | 126683 | 6 |
| Targhee Snowmobile Tours CUA; 12/19/06 | CONCESSIONS | 12/19/2006 | No | 126691 | 6 |
| Three Bear Lodge CUA; 12/19/06 | CONCESSIONS | 12/19/2006 | No | 126698 | 6 |
| Yellowstone Adventures CUA; 12/26/06 | CONCESSIONS | 12/26/2006 | No | 126705 | 6 |
| Yellowstone Arctic-Yamaha CUA; 12/19/06 | CONCESSIONS | 12/19/2006 | No | 126712 | 6 |
| Two Bears, Inc. (Goosewing Ranch) CUA; 12/19/06 | CONCESSIONS | 12/19/2006 | No | 126719 | 6 |
| Loomis Enterprises, Inc. CUA; 12/26/06 | CONCESSIONS | 12/26/2006 | No | 126726 | 6 |
| Ace Snowmobile Rental, Inc. CUA; 12/19/06 | CONCESSIONS | 12/19/2006 | No | 126733 | 6 |
| Backcountry Adventures Snowmobile Rentals CUA; 12/20/06 | CONCESSIONS | 12/20/2006 | No | 126740 | 6 |
| Bess Snowmobile Tours, Inc. (Jackson Hole Snowmobile Tours) CUA; 12/19/06 | CONCESSIONS | 12/19/2006 | No | 126747 | 6 |
| High Country Snowmobile Tours CUA; 12/20/06 | CONCESSIONS | 12/20/2006 | No | 126754 | 6 |
| Gary Fales Outfitting, Inc. CUA; 12/26/06 | CONCESSIONS | 12/26/2006 | No | 126761 | 6 |
| Heart Six Ranch, Inc. CUA; 12/20/06 | CONCESSIONS | 12/20/2006 | No | 126768 | 6 |
| Rocky Mountain Snowmobile Tours CUA; 12/19/06 | CONCESSIONS | 12/19/2006 | No | 126775 | 6 |
| Old Faithful Snowmobile Tours CUA; 12/20/06 | CONCESSIONS | 12/20/2006 | No | 126782 | 6 |
| National Park Adventures CUA; 1/4/07 | CONCESSIONS | 1/4/2007 | No | 126790 | 6 |
| Yellowstone Snowmobiles Tours, Inc. CUA; 12/19/06 | CONCESSIONS | 12/19/2006 | No | 126797 | 6 |
| Two Top Snowmobile Rental, Inc. CUA; 12/19/06 | CONCESSIONS | 12/19/2006 | No | 126804 | 6 |
| Togwotee Snowmobile Adventures CUA (Cole); 12/28/06 | CONCESSIONS | 12/28/2006 | No | 126811 | 6 |
| Togwotee Snowmobile Adventures CUA (Scobby and Chapman); 12/28/06 | CONCESSIONS | 12/28/2006 | No | 126819 | 6 |

**Administrative Record - Including Attorney Client Privilege**

Yellowstone-Grand Teton National Parks

2007 Winter Use Plans EIS / Rule

| Folder Label | Divider Label | Date | Priv. | Bates Start | CD |
|---|---|---|---|---|---|
| Best Snowmobiles Tours of Yellowstone, Inc. CUA; 12/19/06 | CONCESSIONS | 12/19/2006 | No | 126826 | 6 |
| Xanterra Contract; 12/1/05 | CONCESSIONS | 12/1/2005 | No | 126833 | 6 |
| Temporary EA; 8/31/04 | OPERATIONS & WORKING DOCS | 8/31/2004 | No | 126858 | 6 |
| Aune, K. E. 1981. "Impacts of Winter Recreationists on Wildlife in a Portion of Yellowstone National Park, Wyoming." Master's Thesis, Montana State University, Bozeman, Montana. | WILDLIFE | 3/31/1981 | No | 126859 | 6 |
| Hardy, A. 2001. "Bison and Elk Responses to Winter Recreation in Yellowstone National Park." Master's thesis, Montana State University, Bozeman, Montana. | WILDLIFE | 11/30/2001 | No | 126861 | 6 |
| Bjornlie, D. D. and R. A. Garrott. 2001. "Effects of Winter Road Grooming on Bison in Yellowstone National Park." Journal of Wildlife Management 65: 560-572. | WILDLIFE | 7/31/2001 | No | 126863 | 6 |
| Meagher, M. M. 1989. "Range Expansion by Bison of Yellowstone National Park." Journal of Mammalogy 70 (3): 670- 675. | WILDLIFE: BISON | 8/31/1989 | No | 126864 | 6 |
| Cassirer, E. F., D. J. Freddy, and E. D. Ables. 1992. "Elk Responses to Disturbance by Cross-Country Skiers in Yellowstone National Park." Wildlife Society Bulletin 20: 375-381. | WILDLIFE | 12/31/1992 | No | 126865 | 6 |
| Meagher, M. M. 1993. "Winter Recreation-Induced Changes on Bison Numbers and Distribution in Yellowstone National Park." Unpublished report, Yellowstone National Park, Wyoming. | WILDLIFE: BISON | 3/31/1993 | No | 126866 | 6 |
| Green, G. I., D. J. Mattson, and J. M. Peek. 1997. "Spring Feeding on Ungulate Carcasses by Grizzly Bears in Yellowstone National Park." Journal of Wildlife Management 61: 1040-1055. | WILDLIFE | 12/31/1997 | No | 126867 | 6 |
| Meagher, M. M. 1998. "Recent Changes in Yellowstone Bison Numbers and Distribution." In International Symposium on Bison Ecology and Management, edited by L. Irby and J. Knight, Bozeman, Montana. | WILDLIFE: BISON | 12/31/1998 | No | 126868 | 6 |
| Clark, W. 1999. "The Effects of Winter Recreation on Elk." In Effects of Winter Recreation on Wildlife of the Greater Yellowstone Area: A Literature Review and Assessment, edited by T. Olliff, K. Legg, and B. Kaeding. Report to the Greater | WILDLIFE | 10/31/1999 | No | 126869 | 6 |
| Picton, H. D. 1999. "Energetic Costs of Wildlife Displacement by Winter Recreationists." In The Effects of Winter Recreation on Wildlife: A Literature Review and Assessment. T. Olliff, K. Legg, and B. Kaeding, eds. National Park Service, | WILDLIFE | 10/31/1999 | No | 126873 | 6 |

# Administrative Record - Including Attorney Client Privilege

Yellowstone-Grand Teton National Parks

2007 Winter Use Plans EIS / Rule

Page 150 of 151

| Folder Label | Divider Label | Date | Priv. | Bates Start | CD |
|---|---|---|---|---|---|
| Bjornlie, D. D. 2000. "Ecological Effects of Winter Road Grooming on Bison in Yellowstone National Park." Master's Thesis, Montana State University, Bozeman, Montana. | WILDLIFE: BISON | 5/31/2000 | No | 126877 | 6 |
| Creel, S., J. E. Fox, A. Hardy, J. Sands, B. Garrott, and R. O. Peterson. 2002. "Snowmobile Activity and Glucocorticoid Stress Responses in Wolves and Elk." Conservation Biology 16: 809-814 | WILDLIFE | 12/31/2002 | No | 126878 | 6 |
| Jaffe, R., D. Elwood, C. Dimmick, T. Davis and C. McClure. 2002. "Final Report: Wildlife Road Survey & Human Interactions On and Off Road." Unpublished report, National Park Service, Yellowstone National Park, Wyoming. | WILDLIFE | 12/31/2002 | No | 126879 | 6 |
| Davis, T., P.J. White, J. Borkowski, D. Reinhart, C. McClure, and P. Perrotti. 2004. "Wildlife Responses to Motorized Winter Recreation in Yellowstone National Park: 2003 Annual Report." | WILDLIFE | 1/12/2004 | No | 126880 | 6 |
| White, P. J., T. Davis, J. Borkowski, D. Reinhart, C. McClure, and P. Perrotti. 2004. "Wildlife Responses to Motorized Winter Recreation in Yellowstone National Park: 2004 Annual Report." | WILDLIFE | 7/14/2004 | No | 126881 | 6 |
| Cheville, N. F., D. R. McCullough, L. R. Paulson, N. Grossblatt, K. Iverson, and S. Parker. 1998. "Brucellosis in the Greater Yellowstone Area." Washington D.C.: National Academy Press | WILDLIFE | 12/31/1998 | No | 126882 | 6 |
| Taper, M. L., M. L. Meagher, and C. L. Jerde. 2000. The Phenology of Space: Spatial Aspects of Bison Density Dependence in Yellowstone National Park. Unpublished report available at http://www.nrmsc.usgs.gov/   Pages 109 - 259 are missing | WILDLIFE: BISON | 10/31/2000 | No | 126883 | 6 |
| Bruggeman, J. E., R. A. Garrott, D. D. Bjornlie, P. J. White, F. G. R. Watson, and J. J. Borkowski. 2006. "Temporal Variability in Winter Travel Patterns of Yellowstone Bison: The Effects of Road Grooming." Ecological Applications 16: 1539-1554. | WILDLIFE: BISON | 12/31/2006 | No | 126884 | 6 |
| "2001-2002 Winter Use Final Report," compiled by C. Dimmick, Madison Subdistrict Ranger; 3/27/02 | OPERATIONS & WORKING DOCS | 3/27/2002 | No | 126885 | 6 |
| C. Dimmick, Winter 2002-2003 final report by Madison Subdistrict rangers; 5/9/03 | OPERATIONS & WORKING DOCS | 5/9/2003 | No | 126886 | 6 |
| Ace Snowmobile Rentals; Guiding Rates; 12/13/05 - 12/13/07; 12/13/07 | CONCESSIONS | 12/13/2007 | No | 126887 | 7 |
| All Yellowstone Sports; Guiding Rates; 12/13/05 - 12/15/06; 12/15/06 | CONCESSIONS | 12/15/2006 | No | 126895 | 7 |
| American National Park Adventures; Guiding Rates; 1/4/06 - 12/13/07; 12/13/07 | CONCESSIONS | 12/13/2007 | No | 126906 | 7 |

**Administrative Record - Including Attorney Client Privilege**

Yellowstone-Grand Teton National Parks

2007 Winter Use Plans EIS / Rule

Page 151 of 151

| Folder Label | Divider Label | Date | Priv. | Bates Start | CD |
|---|---|---|---|---|---|
| Backcountry Adventure Snowmobile Rentals; Guiding Rates; 11/1/05 - 12/13/07; 12/13/07 | CONCESSIONS | 12/13/2007 | No | 126911 | 7 |
| Best Adventures; Guiding Rates; 12/20/05 - 12/13/07; 12/13/07 | CONCESSIONS | 12/13/2007 | No | 126920 | 7 |
| Buffalo Bus Touring Company; Guiding Rates; 6/28/05 - 12/13/07; 12/13/07 | CONCESSIONS | 12/13/2007 | No | 126925 | 7 |
| Gary Fales Outfitting; Guiding Rates; 12/28/04 - 12/13/07; 12/13/07 | CONCESSIONS | 12/13/2007 | No | 126945 | 7 |
| Goosewing Ranch; Guiding Rates; 10/10/05 - 11/1/06; 11/1/06 | CONCESSIONS | 11/1/2006 | No | 126953 | 7 |
| Heart Six Guest Ranch; Guiding Rates; 11/3/05 - 12/13/07; 12/13/07 | CONCESSIONS | 12/13/2007 | No | 126961 | 7 |
| High Country Adventures; Guiding Rates; 1/20/04 - 12/21/06; 12/21/06 | CONCESSIONS | 12/21/2006 | No | 126967 | 7 |
| High Country Snowmobile Tours; Guiding Rates; 9/8/05 - 12/13/07; 12/13/07 | CONCESSIONS | 12/13/2007 | No | 126977 | 7 |
| Jackson Hole Snowmobile Tours; Guiding Rates; 11/20/05 - 12/13/07; 12/13/07 | CONCESSIONS | 12/13/2007 | No | 126987 | 7 |
| Old Faithful Snowmobile Tours; Guiding Rates; 12/28/04 - 12/13/07; 12/13/07 | CONCESSIONS | 12/13/2007 | No | 126996 | 7 |
| Rocky Mountain Snowmobile Tours; Guiding Rates; 9/8/05 - 12/13/07; 12/13/07 | CONCESSIONS | 12/13/2007 | No | 127006 | 7 |
| Targhee Snowmobile Tours; Guiding Rates; 11/1/05 - 12/15/06; 12/15/06 | CONCESSIONS | 12/15/2006 | No | 127018 | 7 |
| Three Bear Lodge; Guiding Rates; 10/21/05 - 12/13/07; 12/13/07 | CONCESSIONS | 12/13/2007 | No | 127025 | 7 |
| Togwotee Snowmobile Adventures; Guiding Rates; 11/29/05 - 12/13/07; 12/13/07 | CONCESSIONS | 12/13/2007 | No | 127039 | 7 |
| Triangle C Ranch; Guiding Rates; 12/1/04 - 12/13/07; 12/13/07 | CONCESSIONS | 12/13/2007 | No | 127055 | 7 |
| Two Top Snowmobile Rental; Guiding Rates; 11/8/05 - 12/13/07; 12/13/07 | CONCESSIONS | 12/13/2007 | No | 127068 | 7 |
| Yellowstone Adventures; Guiding Rates; 1/3/06 - 12/13/07; 12/13/07 | CONCESSIONS | 12/13/2007 | No | 127087 | 7 |
| Yellowstone Alpen Guides; Guiding Rates; 7/18/05 - 9/9/06; 9/9/06 | CONCESSIONS | 9/9/2006 | No | 127099 | 7 |
| Yellowstone Arctic-Yamaha; Guiding Rates; 10/21/05 - 12/13/07; 12/13/07 | CONCESSIONS | 12/13/2007 | No | 127119 | 7 |
| Yellowstone Expeditions; Guiding Rates; 12/29/04 - 12/13/07; 12/13/07 | CONCESSIONS | 12/13/2007 | No | 127141 | 7 |
| Yellowstone Explorers; Guiding Rates; 12/7/05 - 12/13/07; 12/13/07 | CONCESSIONS | 12/13/2007 | No | 127154 | 7 |
| Yellowstone Snowmobile Tours; Guiding Rates; 10/18/05 - 12/13/07; 12/13/07 | CONCESSIONS | 12/13/2007 | No | 127167 | 7 |
| Yellowstone Tour and Travel; Guiding Rates; 10/31/05 - 12/13/07; 12/13/07 | CONCESSIONS | 12/13/2007 | No | 127174 | 7 |