IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREATER YELLOWSTONE COALITION, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>        Defendants. | Case No. 07-cv-2111 (EGS)<br><br>[Hearing on Motions for Summary Judgment on August 27, 2008] |
| NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; NATIONAL PARK SERVICE<br><br>        Defendants. | Case No. 07-cv-2112 (EGS)<br><br>[Hearing on Motions for Summary Judgment on August 27, 2008] |

**FEDERAL DEFENDANTS' NOTICE OF FILING OF OPPOSITION
TO NATIONAL PARKS CONSERVATION ASSOCIATION'S
MOTION FOR SUMMARY JUDGMENT, RE CASE NO. 07-CV-2112 (EGS)**

      PLEASE TAKE NOTICE that on June 16, 2008, Counsel for Defendants, the United States Department of the Interior and the National Park Service, filed with the Clerk an Opposition to the National Parks Conservation Association's motion for summary judgment in the form of a combined cross-motion for summary judgment and opposition brief. That Opposition appears as Dkt. #52.

Respectfully submitted this 16th day of June, 2008.

                                            RONALD J. TENPAS
                                            Assistant Attorney General

                                            /s/ Guillermo A. Montero
                                            GUILLERMO A. MONTERO
                                            BARRY A. WEINER
                                            LUTHER L. HAJEK
                                            United States Department of Justice
                                            Environment and Natural Resources Division
                                            Post Office Box 663
                                            Washington, D.C. 20044-0663
                                            Telephone: (202) 305-0469
                                            Fax: (202) 305-0274

OF COUNSEL:                           Guillermo.Montero@usdoj.gov
JASON WAANDERS
U.S. Department of the Interior        Attorneys for the Defendants
Office of the Solicitor
Division of Parks and Wildlife
1849 C St., N.W., MS-3230
Washington, D.C. 20240
Tel: (202) 208-7957