IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GREATER YELLOWSTONE COALITION, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Case No. 07-cv-2111 (EGS) |
| v. | ) ) | [Hearing on Motions for Summary Judgment on August 27, 2008] |
| DIRK KEMPTHORNE, et al., | ) ) | |
| Defendants. | ) ) ) | |

|  |  |  |
|---|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, | ) ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 07-cv-2112 (EGS) |
| v. | ) ) | [Hearing on Motions for Summary Judgment on August 27, 2008] |
| UNITED STATES DEPARTMENT OF THE INTERIOR; NATIONAL PARK SERVICE | ) ) ) | |
| Defendants. | ) ) ) | |

**FEDERAL DEFENDANTS' NOTICE OF FILING OF OPPOSITION
TO GREATER YELLOWSTONE COALITION'S
MOTION FOR SUMMARY JUDGMENT, RE CASE NO. 07-CV-2111 (EGS)**

PLEASE TAKE NOTICE that on June 16, 2008, Counsel for Defendants, the United States

Department of the Interior and the National Park Service, filed with the Clerk an Opposition to the

Greater Yellowstone Coalition's motion for summary judgment in the form of a combined cross-

motion for summary judgment and opposition brief.  That Opposition appears as Dkt. #59.

Respectfully submitted this 16th day of June, 2008.

RONALD J. TENPAS
Assistant Attorney General

 /s/ Guillermo A. Montero
GUILLERMO A. MONTERO
BARRY A. WEINER
LUTHER L. HAJEK
United States Department of Justice
Environment and Natural Resources Division
Post Office Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0469
Fax: (202) 305-0274
OF COUNSEL:                                Guillermo.Montero@usdoj.gov
JASON WAANDERS
U.S. Department of the Interior            Attorneys for the Defendants
Office of the Solicitor
Division of Parks and Wildlife
1849 C St., N.W., MS-3230
Washington, D.C.  20240
Tel: (202) 208-7957