**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| GREATER YELLOWSTONE COALITION, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civ. No. 07-2111 (EGS) |
| v. | ) ) | [Hearing on Motion for Summary Judgment on August 27, 2008] |
| DIRK KEMPTHORNE, *et al.*, | ) ) | |
| Defendants. | ) ) | |
| NATIONAL PARKS CONSERVATION ASSOCIATION, | ) ) ) ) | |
| Plaintiff, | ) ) | Civ. No. 07-2112 (EGS) |
| v. | ) ) | [Hearing on Motion for Summary Judgment on August 27, 2008] |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**GREATER YELLOWSTONE COALITION PLAINTIFFS'
NOTICE OF FILING OF REPLY IN SUPPORT OF GREATER YELLOWSTONE
COALITION PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Please take notice that counsel for the Greater Yellowstone Coalition plaintiffs filed, on this date, a reply in support of the Greater Yellowstone Coalition plaintiffs' motion for summary judgment. That reply, in the form of a combined opposition to federal defendants' cross-motion for summary judgment and reply in support of the Greater Yellowstone Coalition plaintiffs' motion for summary judgment, appears as Docket No. 62. It is incorporated here by reference.

Respectfully submitted this 11th day of July, 2008.

        /s/    Sean M. Helle
Douglas L. Honnold (D.C. Bar # 468323)
dhonnold@earthjustice.org
Sean M. Helle (D.C. Bar # 490085)
shelle@earthjustice.org
Earthjustice
209 South Willson Avenue
Bozeman, MT  59715
(406) 586-9699
Fax: (406) 586-9695

David S. Baron (D.C. Bar # 464222)
dbarron@earthjustice.org
Earthjustice
1625 Massachusetts Ave., NW, Ste. 702
Washington, DC 20036
(202) 667-4500

*Attorneys for Plaintiffs*
*Greater Yellowstone Coalition, et al.*