William P. Horn (DC Bar No. 375666)
David E. Lampp (DC Bar No. 480215)
Birch Horton Bittner & Cherot, PC
1155 Connecticut Ave. NW, Suite 1200
Washington, DC  20036
Telephone:  (202) 659-5800
Facsimile:  (202) 659-1027

*Attorneys for Defendant Intervenors*
*International Snowmobile Manufacturer's Association,*
*American Council of Snowmobile Associations,*
*BlueRibbon Coalition, Inc., and Teri Manning*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREATER YELLOWSTONE COALITION, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-02111 (EGS) |
| ) | |
| KEMPTHORNE, et al. ) | Hearing on Motions for Summary |
| ) | Judgment to be Held on |
| Defendants, ) | August 27, 2008 |
| ) | |
| and ) | |
| ) | |
| THE INTERNATIONAL SNOWMOBILE ) | |
| MANUFACTURER'S ASSOCIATION, ) | |
| et al. ) | |
| ) | |
| Defendant Intervenors. ) | **DEFENDANT INTERVENORS'** |
| ) | **MOTION FOR LEAVE TO** |
| | **FILE REPLY BRIEF** |
| ) | |
| NATIONAL PARKS CONSERVATION ) | |
| ASSOCIATION, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:07-cv-02112 (EGS) |
| ) | |
| v. ) | Hearing on Motions for Summary |
| ) | Judgment to be Held on |
| ) | August 27, 2008 |
| UNITED STATES DEPARTMENT OF ) | |
| INTERIOR, et al. ) | |

|                                                            |     |
| ---------------------------------------------------------- | --- |
|                                                            | )   |
| Defendants,                                                | )   |
|                                                            | )   |
| and                                                        | )   |
|                                                            | )   |
| THE INTERNATIONAL SNOWMOBILE                               | )   |
| MANUFACTURER'S ASSOCIATION,                                | )   |
| et al.                                                     | )   |
|                                                            | )   |
| Defendant Intervenors.                                     | )   |
|                                                            | )   |

**DEFENDANT INTERVENORS' MOTION FOR LEAVE TO FILE REPLY BRIEF**

Defendant Intervenors the International Snowmobile Manufacturer's Association, the

American Council of Snowmobile Associations, the BlueRibbon Coalition, Inc., and Teri

Manning (collectively, "Defendant Intervenors"), through counsel and pursuant to the Federal

Rules of Civil Procedure and the Local Rules of this Court, respectfully request that the Court

grant them leave to submit a reply brief in support of the Motion for Summary Judgment filed by

the Federal Defendants.  ECF Doc. Nos. 57, 57-2.

"Defendants" are afforded the opportunity to file a reply brief by the Court's March 19,

2008 Scheduling Order (ECF Doc. No. 20).  However, it indicates "Defendants file their reply

brief to their cross-motion."  As Defendant Intervenors, in an effort to avoid duplication with the

Federal Defendants, did not file a separate Cross-Motion for Summary Judgment, it is not clear

that they may file a reply brief in support of Federal Defendants' Motion for Summary

Judgment.  This Motion for Leave to File a Reply Brief is submitted as a precautionary measure

if the Court's Order did intend to not afford Defendant Intervenors the opportunity to file a reply

brief.

Defendant Intervenors have conferred with counsel for the Federal Defendants and

counsel for Plaintiffs.  Counsel for the Federal Defendants have stated that they do not oppose

this Motion.  Counsel for GYC has stated that it does oppose this motion.  Counsel for NPCA

G:/101238/12/00003901.DOC

has stated that it does not oppose the motion to the extent the proposed reply brief addresses

NPCA's contention that Defendant Intervenors' arguments here are inconsistent with their

arguments in Wyoming, but does oppose the motion for purposes of addressing other issues.

     Defendant Intervenors request that the Court GRANT their Motion for Leave to File a

Reply Brief on or before August 1, 2008, the date scheduled for Federal Defendants to file their

Reply Brief.


DATED:   August 1, 2008

                             Respectfully submitted,

                              /s/ William P. Horn_____
                             William P. Horn
                             District of Columbia Bar No. 375666
                             David E. Lampp
                             District of Columbia Bar No. 480215
                             1155 Connecticut Avenue, N.W.
                             Washington, DC  20036
                             Telephone: (202) 659-5800
                             Facsimile: (202) 659-1027

                             *Attorneys for Defendant Intervenors*
                             *International Snowmobile Manufacturers*
                             *Association, American Council of*
                             *Snowmobile Associations, BlueRibbon*
                             *Coalition, and Terri Manning*

3

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 1st day of August, 2008, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means. I further certify that I caused correct copies of the foregoing to be served by placing the same in the U.S. first class mail, postage prepaid, addressed as follows:

Barry A. Weiner
Guillermo A. Montero
Luther L. Hajek
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, DC  20044

Jeffrey A. Taylor, Esq.
United States Attorney for the District of Columbia
555 Fourth Street, NW
Washington, DC  20530

The Honorable Dirk Kempthorne
Secretary
United States Department of the Interior
1849 C Street, NW
Washington, DC  20240

The Honorable Mary Bomar
Director, National Park Service
1849 C Street NW
Washington, DC  20240

David S. Baron
Earthjustice
1625 Massachusetts Ave., NW, Suite 702
Washington, DC  20036

Douglas L. Honnold
Sean M. Helle
Earthjustice
209 South Willson Ave.
Bozeman, MT  51715

_/s/ David E. Lampp_____ _____
David E. Lampp
