William P. Horn (DC Bar No. 375666)
David E. Lampp (DC Bar No. 480215)
Birch Horton Bittner & Cherot, PC
1155 Connecticut Ave. NW, Suite 1200
Washington, DC  20036
Telephone:  (202) 659-5800
Facsimile:  (202) 659-1027

*Attorneys for Defendant Intervenors*
*International Snowmobile Manufacturer's Association,*
*American Council of Snowmobile Associations,*
*BlueRibbon Coalition, Inc., and Teri Manning*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                                      )
GREATER YELLOWSTONE COALITION, et al.  )
                                                      )
     Plaintiffs,                    )
                                                      )
     v.                                )     Case No. 1:07-cv-02111 (EGS)
                                                      )
KEMPTHORNE, et al.                          )     Hearing on Motions for Summary
                                                      )     Judgment to be Held on
     Defendants,                    )     August 27, 2008
                                                      )
     and                              )
                                                      )
THE INTERNATIONAL SNOWMOBILE      )     **[PROPOSED] ORDER ON**
MANUFACTURER'S ASSOCIATION,         )     **DEFENDANT INTERVENORS'**
     et al.                             )     **MOTION FOR LEAVE TO FILE**
                                                      )     **REPLY BRIEF**
     Defendant-Intervenors.      )
_____)

_____
                                                      )
NATIONAL PARKS CONSERVATION         )
     ASSOCIATION,                    )
                                                      )
     Plaintiff,                        )     Case No. 1:07-cv-02112 (EGS)
                                                      )
     v.                                )     Hearing on Motions for Summary
                                                      )     Judgment to be Held on
                                                      )     August 27, 2008
UNITED STATES DEPARTMENT OF        )

INTERIOR, et al.                                        )
                                                       )
Defendants,                                            )
                                                       )
and                                                    )
                                                       )
THE INTERNATIONAL SNOWMOBILE                           )
        MANUFACTURER'S ASSOCIATION,                    )
        et al.                                         )
                                                       )
Defendants-Intervenors.                                )
_____)

**[PROPOSED] ORDER**

Upon consideration of Defendant Intervenors' Motion for Leave to File Reply Brief, the

Court hereby GRANTS the motion.

SO ORDERED this _____ day of _____, 2008.


_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE