IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREATER YELLOWSTONE COALITION, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>  Defendants. | Case No. 07-cv-2111 (EGS)<br><br>[Hearing on Motions for Summary Judgment on August 27, 2008] |
| NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; NATIONAL PARK SERVICE,<br><br>  Defendants. | Case No. 07-cv-2112 (EGS)<br><br>[Hearing on Motions for Summary Judgment on August 27, 2008] |

## NOTICE OF BULK FILING OF ADMINISTRATIVE RECORD MATERIALS CITED IN SUMMARY JUDGMENT BRIEFING

In accordance with Local Rule 7(n), Plaintiffs hereby file all record materials cited by all parties in the briefing of the above-captioned consolidated case. An index of all the administrative record materials included is attached for the convenience of the court. Plaintiffs provided Defendants with an index of the record materials and Plaintiffs and Defendants have agreed as to the contents. As the record materials comprise over 500 pages, in accordance with Local Rule 5.4(e)(1), Plaintiffs are filing the record materials with the Court in paper form.

Pursuant to the Scheduling Order of March 19, 2008, two paper copies have also been delivered to the Court.

# TABLE OF CONTENTS

Bates No.                          Description                                              Tab

Volume 1

110001 - 110008    Development of Heavy Duty Diesel Portable, On-Board Mass
                   Exhaust Emissions Monitoring System with NO, CO2 and
                   Qualitative PM Capabilities…………………………………1

110545             9/8/05 Email: Hektner to John Sacklin, Kevin Schneider, Cheryl Matthews re:
                   Greenwire Article: Yellowstone Studies Cite Snow Coaches as Alternative to
                   Snowmobile Emissions …………………………………………2

110761             1/06 Report: In-Use Emission Measurements of Snowmobiles and
                   Snowcoaches in YNP…………………………………………….3

111471             1/07 Report: Portable Emission Measurements of Snowcoaches and
                   Snowmobiles in YNP……………………………………………..4

111552             7/24/07 Report: Draft Addendum: Air Quality Modeling Report - Snowmobile
                   and Snowcoach Emissions………………………………………..5

111561             Revised 8/23/07 Report: Final Air Quality Modeling Report - Snowmobile
                   and Snowcoach Emissions………………………………………..6

111581             2/7/05 Email: Nancy A. Ward to Christine Greve, cc: Bob Seibert, Julie
                   Hannaford, Kitty Eneboe, Mary Hektner, Phil Perkins, Tammy Wert re:
                   West Weather Station……………………………………………..7

113508 - 113510    Conversation with Suzanne Lewis on April 4, 2007………………..8

113572             7/07 Report: Winter Use Planning for Yellowstone and Grand Teton
                   National Parks - Discussion Topics, July 10-12, 2007………………...9

114913             11/9/07 Letter: Robert E. Roberts (EPA) to Suzanne Lewis and Mary Scott
                   re 2007 Winter Use Final EIS CEQ 20070405……………………10

116170             1/5/07 Email: Cadence @Montana.com to Denice Swanke re: Pdf Files, All
                   Visuals for Yellowstone and Grand Teton National Parks……………...11

116354             6/13/07 Email: Philip Strobel to Yell Superintendent, Grte Superintendent; cc:
                   John Sacklin, Larry Svoboda re: Final Signed Yellowstone Letter……………12

116355             6/13/07 Letter: Kerrigan G. Clough (EPA) to Suzanne Lewis and Mary Scott
                   re: 2006 Winter Use Draft EIS……………………………………13

| | | |
|---|---|---|
| 116578 | 11/9/07 Letter: Idaho Congressional Delegation to Mary Bomar re: Continued Public Winter Access to Yellowstone and Grand Teton National Parks and the JDR Parkway | 14 |
| 116581 | 10/29/07 Letter: Congressional Signatories to Mary Bomar re: Snowmobile Use in YNP | 15 |
| 116973 - 116983 | 2/28/07 Email: Frank Turina to John Sacklin re: Comments on Winter Use | 16 |
| 116985 | 2/21/07 Email: Karen Trevino to Chris Shaver, Chris Turk, Bob Moon; cc.: Suzanne Lewis, John Sacklin re: Winter Use Comments | 17 |
| 117002 | 10/5/06 Email: Kurt Fristrup to John Sacklin, cc. Shan Burson, Vicki McCrusker, Karen Trevino, Frank Turina re: Internal Review-Draft EIS for Winter Use in Yellowstone and Grand Teton National Parks, Email 2 of 2 | 18 |
| 117061 | 3/2007 Report: Winter Use Plans - Draft EIS | 19 |
| 117120 | Confidential - Internal Review Draft Winter Use Plans FEIS p.1, 293, 294 (the parties have agreed to provide only the cited portion of this document) | 20 |
| 117160 | 2007 Winter Use Plan - FEIS | 21 |

Volume 2

| | | |
|---|---|---|
| 117370 | 6/1/05 Report: Rocky Mountains Cooperative Ecosystem Studies Unit (RM-CESU), RM-CESU Cooperative Agreement Number: H1200040001 | 22 |
| 117413 | 6/1/06 Report: Rocky Mountains Cooperative Ecosystem Studies Unit (RM-CESU), RM-CESU Cooperative Agreement Number J1580050167 | 23 |
| 119280 | 5/23/05 Email: John Sacklin to John D. Ray, Aaron Worstell, Karen Trevino cc: Chris Shaver, Bruce Peacock, Mike Yochim re: Winter Use Plan and EIS Meetings | 24 |
| 119321 | 5/4/06 Email: John Sacklin to Aaron Worstell, John D. Ray, JwU@Air Resource.com, Vicki McClusker, cc. Denice Swanke, Mike Yochim, Deborah VanDePolder, Gary Pollock, Rossman_Services@hotmail.com re: Yellowstone/Grand Teton Winter Use Planning Team Meeting, Week of May 8 | 25 |

| | | |
|---|---|---|
| 119777, 119778 | 1/22/06 Email: Mary Taber to Brandon Gauthier, Frank Walker, John Sacklin, Judy Jennings, Lindsay Robb, Rick Obernesser re: Winter Guide Comments | 26 |
| 120098, 120099 | 4/4/07 Email: Tammy Wert to John Sacklin, Mike Yochim, Denice Swanke; cc: LJ Miller re: Winter Stats | 27 |
| 120170 | 9/20/07 Email: Janice Laye to Dave Ross, Tara Ross, Beth Taylor, Bill Hopkins, Carin Schneider, Charles Fleming, cc. Tracey Heilbrun, Barbara Visnovske re: All Employee Memo on Winter Use | 28 |
| 120174 | Update on Winter Use Planning in Yellowstone & Grand Teton National Parks and the J. D. Rockefeller Parkway - FAQ 9/24/07 | 29 |
| 120645 | Management Policies | 30 |
| 120651, 120652 | Federal Register: Notice of Availability of Draft NPS Management Policies | 31 |
| 120940, 120941 | 3/26/07 Letter: NPS Retirees to Kempthorne re: Yellowstone Snowmobiles | 32 |
| 121305 | Northwind Public Comment Report | 33 |
| 121306 | Northwind Public Comment Report | 34 |
| 121347 | 10/23/07 Letter: William P. Horn to Mike Snyder re: Comments on Winter Use Plan Final EIS for Yellowstone/Grand Teton National Parks | 35 |
| 124170 | 6/20/06 Email: Mike Yochim to Mike Patterson, Shelley Walker re: Revised Proposal | 36 |
| 124292 | Chart: Sum of Warrant Amount | 37 |
| 124700 | 7/6/05 Email: Karen Trevino to Gregg Fleming; c.c.: Kevin Schneider, Vicki McCusker, John Sacklin re: Soundscapes | 38 |
| 124776 | 12/15/05 Report: Natural Soundscape Monitoring in YNP - 12/04 - 3/05 | 39 |
| 124898 | 2/13/06 Email: Mike Yochim to John Sacklin, Denice Swanke, Shan Burson Gary Pollock re: Snowmobile Noise at Shoshone Geyser Basin | 40 |
| 124899 | 2/13/06 Email: Mike Yochim to Wayne Freimund, cc. Shelley Walker, Melissa Baker re: Thanks | 41 |

124926 - 124928    3/6/06 Email: Gary Pollock to Denice Swanke; c.c.: John Sacklin, Shan Burson re: Comments on Draft Volpe Sound Modeling............42

125015    8/4/06 Email: Shan Burson to John Sacklin, Denice Swanke, Gary Pollock, Mike Yochim re: SII & the Temporary EA................................43

125050    9/6/06 Report: Natural Soundscape Monitoring in YNP - 12/05 - 3/06...........44

Volume 3

125057    9/26/06 Email: Shan Burson to John Sacklin, cc: Denice Swanke, Gary Pollock, Mike Yochim re: Speech Interference White Paper................45

125126 - 125129    10/25/06 Email: Shan Burson to Denice Swanke re: MJ23 Sound Levels........................................................................46

125164    2/13/07 Email; Kurt Fristrup to Shan Burson, Denice Swanke re: Draft Acoustic Resource Analysis..............................................47

125237    Addendum: DOT-VNTSC-NPS-06-06..............................................48

125248    Email: Karen Trevino to Kurt Fristrup, Frank Turina re: Internal Review of Final EIS for Winter Use Plan for YNP, Grand Teton & the JDR Parkway.................................................................49

125255    Draft 8/29/07 Report: Natural Soundscape Monitoring in YNP - 12/06 - 3/07..............................................................50

125262    Comments on the Latest Winter Use NEPA Document (7/07)..................51

125263    9/13/07 Email: Kurt Fristrup to Denice Swanke; cc : Randy Stanley, Frank Turina re: Suggested Table 4-43........................................52

125266    From the Agency for Toxic Substances and Disease Registry................53

125274, 125275    9/5/07 Email: Frank Turina to John Sacklin, Denice Swanke, cc: Kurt Fristrup, Karen Trevino re: Impacts of Wildlife..................54

125292    Natural Soundscape Monitoring in YNP - 12/06 - 3/07.......................55

125317    7/26/07 Email: Shan Burson to Denice Swanke re: All of Alt. 7 for Review....56

125352    Modeling Sound Due to Oversnow Vehicles in Yellowstone & Grand Teton National Parks............................................................57

| | | |
|---|---|---|
| 125605 | Draft 9/11/06 Behavioral Responses of Wildlife to Snowmobiles and Coaches in Yellowstone | 58 |
| 125617 | Notes Concerning Table 14 | 59 |
| 125619 | Chart of Alternatives | 60 |
| 125625 | Behavioral Responses of Bison & Elk in Yellowstone to Snowmobiles and Snowcoaches | 61 |
| 125701 | Behavioral Responses of Wildlife to Snowmobiles and Coaches in Yellowstone | 62 |
| 125741 | Wildlife Responses to Motorized Winter Recreation in Yellowstone | 63 |
| 126288 | Winter Visitation Statistics for YNP - 1997 -1998 through 2006-2007 | 64 |
| 126499 | 11/20/07 Winter Use Plan Record of Decision | 65 |
| 126680 | Update on Winter Use in Yellowstone and Grand Teton National Parks and the John D. Rockefeller, Jr. Memorial Parkway - FAQ 12/13/07 | 66 |
| 126681 | Federal Register: Special Regs: Areas of the National Park System | 67 |

Dated:          August 15, 2008

                                   Respectfully Submitted,

/s/ Robert D. Rosenbaum
Robert D. Rosenbaum (D.C. Bar No. 497985)
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004
Phone:   (202) 942-5862
Fax:       (202) 942-5999

*Attorneys for Plaintiff National Parks Conservation Association*


/s/ Sean M. Helle
Douglas L. Honnold (D.C. Bar # 468323)
dhonnold@earthjustice.org
Sean M. Helle (D.C. Bar # 490085)
shelle@earthjustice.org
Earthjustice
209 South Willson Avenue
Bozeman, MT 59715
(406) 586-9699
Fax: (406) 586-9695
David S. Baron (D.C. Bar # 464222)
dbarron@earthjustice.org
Earthjustice
1625 Massachusetts Ave., NW, Ste. 702
Washington, DC 20036
(202) 667-4500

*Attorneys for Plaintiffs
Greater Yellowstone Coalition, et al.*