**Itemized Statement of Fees and Expenses**

<u>Greater Yellowstone Coalition v. Salazar</u> (Civ. No. 07-2111 (EGS))

## YNP SNOWMOBILE ATTORNEY TIME                SEAN HELLE

| Date | Description | Hours | Rate | Billable |
|------|-------------|-------|------|----------|
| 10/31/2007 | Review Winter Use FEIS; participate in conference call with clients. | 5.50 | 170.00 | 935.00 |
| 11/1/2007 | Review Winter Use FEIS; draft complaint. | 7.80 | 170.00 | 1326.00 |
| 11/2/2007 | Revise complaint and prepare complaint for filing; review Winter Use FEIS. | 7.50 | 170.00 | 1275.00 |
| 11/3/2007 | Review Winter Use EIS; draft complaint. | 3.80 | 170.00 | 646.00 |
| 11/4/2007 | Revise complaint. | 2.50 | 170.00 | 425.00 |
| 11/5/2007 | Review Winter Use EIS; revise complaint; conference call with clients regarding developments. | 6.50 | 170.00 | 1105.00 |
| 11/7/2007 | Review Winter Use EIS; finalize complaint; discuss status of case with Amy McNamara of GYC. | 4.80 | 170.00 | 816.00 |
| 11/8/2007 | Review winter use plan materials; revise complaint. | 6.50 | 170.00 | 1105.00 |
| 11/9/2007 | Review winter use plan materials; meet with Doug Honnold, Amy McNamara, and Jon Catton regarding FEIS deficiencies. | 4.80 | 170.00 | 816.00 |
| 11/12/2007 | Review D.C. Circuit authority regarding NPS Management Policies; review NPS winter use plan materials. | 2.00 | 170.00 | 340.00 |
| 11/16/2007 | Review agency materials and revise complaint; correspond with NPCA's counsel regarding timing and manner of filing; correspond with Douglas Honnold regarding filing. | 5.30 | 170.00 | 901.00 |
| 11/19/2007 | Review agency materials and revise complaint; finalize materials for filing; coordinate with D.C. office regarding filing. | 5.30 | 170.00 | 901.00 |
| 11/20/2007 | Coordinate with D.C. office regarding filing; review National Park Service ROD; correspond with Douglas Honnold and clients regarding ROD and filing of the complaint. | 4.80 | 170.00 | 816.00 |
| 11/21/2007 | Correspond with D.C. office regarding filing of case; correspond with D.D.C. Clerk's Office regarding filing, assignment; meet with Douglas Honnold and Amy McNamara regarding filing next steps. | 2.50 | 170.00 | 425.00 |
| 12/3/2007 | Correspond with B. Rosenbaum and D. Honnold regarding related case correspondence with D.D.C. judges; draft and mail letter to D.D.C. regarding NPCA related case; review ROD. | 3.20 | 170.00 | 544.00 |
| 12/12/2007 | Review final rule; correspond with client group regarding publication of final rule and potential FOIA request. | 0.50 | 170.00 | 85.00 |
| 12/13/2007 | Review final winter use rule; correspond with clients regarding FOIA request. | 4.50 | 170.00 | 765.00 |
| 12/14/2007 | Review final rule; correspond with Doug Honnold, clients regarding a FOIA request concerning D.C. involvement in the snowmobile decision; review Wyoming petition. | 5.10 | 170.00 | 867.00 |
| 12/17/2007 | Review authority regarding amendment and supplementation of complaints; draft FOIA request concerning D.C. involvement in the snowmobile decision; correspond with clients and D. Honnold regarding FOIA request. | 5.80 | 170.00 | 986.00 |
| 12/18/2007 | Correspond with clients regarding FOIA request, clients' ability to disseminate information for purposes of the fee waiver provision; review agency FOIA regulations regarding fee waivers; correspond with clients regarding contents of FOIA request; finalize and send FOIA request. | 5.30 | 170.00 | 901.00 |

| | | | | |
|---|---|---|---|---|
| 12/19/2007 | Prepare second FOIA request regarding CEQ and OMB involvement in snowmobile decision; correspond with clients regarding FOIA request. | 2.20 | 170.00 | 374.00 |
| 12/20/2007 | Correspond with clients regarding CEQ/OMB FOIA request; submit FOIA request to Interior and NPS; prepare amended complaint. | 3.50 | 170.00 | 595.00 |
| 12/27/2007 | Review NPS ROD and final rule; prepare amended complaint. | 6.80 | 170.00 | 1156.00 |
| 12/28/2007 | Prepare amended complaint. | 7.30 | 170.00 | 1241.00 |
| 1/2/2008 | Prepare Motion for Leave to File an Amended and Supplemented Complaint; revise amended complaint; correspond with Doug Honnold and clients regarding amended complaint; correspond with Doug Honnold and clients regarding intervention in Wyoming proceeding. | 6.50 | 176.00 | 1144.00 |
| 1/3/2008 | Review report regarding air quality within Yellowstone, ecosystem; correspond with Z. Maxfield (DC) regarding service. | 1.20 | 176.00 | 211.20 |
| 1/4/2008 | Correspond with J. Catton, A. McNamara, and D. Honnold regarding privilege issues; correspond with DOJ regarding motion to file supplemented complaint; finalize motion to file supplemented complaint; review client comments on supplemented complaint; revise supplemented complaint. | 5.30 | 176.00 | 932.80 |
| 1/7/2008 | Review client comments on supplemented complaint; revise supplemented complaint; review FEIS. | 2.50 | 176.00 | 440.00 |
| 1/8/2008 | Review client comments on draft amended and supplemented complaint; revise and finalize amended and supplemented complaint; revise and finalize motion for leave to file amended and supplemented complaint; correspond with government lawyers regarding defendants' position on supplementation of complaint; prepare complaint and motion for filing. | 7.00 | 176.00 | 1232.00 |
| 1/10/2008 | Correspond with Clerk's Office regarding motion to supplement; electronically re-submit motion to supplement; correspond with clients regarding motion. | 2.00 | 176.00 | 352.00 |
| 1/11/2008 | Review and circulate order granting motion for leave to supplement complaint; correspond with clients regarding order, case status; review articles regarding Yellowstone winter use. | 1.10 | 176.00 | 193.60 |
| 1/14/2008 | Review client correspondence regarding Sylvan Pass deliberations. | 0.50 | 176.00 | 88.00 |
| 1/17/2008 | Correspond with H. Crystal regarding D.C. litigation. | 0.10 | 176.00 | 17.60 |
| 1/18/2008 | Review NPS and Interior responses to FOIA requests; research FOIA and draft letter responding to NPS response. | 2.30 | 176.00 | 404.80 |
| 1/23/2008 | Review government answer to NPCA complaint; correspond with R. Rosenbaum regarding cases; correspond with clients regarding government's NPCA answer; reply to NPS FOIA letter. | 3.30 | 176.00 | 580.80 |
| 1/30/2008 | Correspond with clients regarding FOIA request for reconsideration; revise request and mail to NPS. | 0.80 | 176.00 | 140.80 |
| 2/8/2008 | Review government answer and Court's meet and confer order; correspond with D. Honnold regarding order. | 1.00 | 176.00 | 176.00 |
| 2/10/2008 | Review Court's meet and confer order; correspond with clients regarding answer, order. | 0.50 | 176.00 | 88.00 |
| 2/11/2008 | Correspond with R. Rosenbaum, J. Catton, and A. McNamara regarding case scheduling issues. | 0.50 | 176.00 | 88.00 |

| 2/13/2008 | Correspond with clients regarding meet and confer order, case scheduling. | 0.30 | 176.00 | 52.80 |
|---|---|---|---|---|
| 2/14/2008 | Review dockets from previous snowmobile cases; draft meet and confer report. | 7.00 | 176.00 | 1232.00 |
| 2/15/2008 | Collect docket materials from prior snowmobile litigation; review prior case materials; correspond with Arnold & Porter, D. Honnold regarding meet and confer conference. | 7.30 | 176.00 | 1284.80 |
| 2/17/2008 | Review materials from previous snowmobile litigation. | 3.50 | 176.00 | 616.00 |
| 2/19/2008 | Prepare for meet and confer. | 2.00 | 176.00 | 352.00 |
| 2/20/2008 | Prepare for "meet and confer" conference; conference call with B. Rosenbaum and M. Kaul regarding "meet and confer" conference; "meet and confer" conference; correspond with DOJ regarding administrative record; correspond with D. Honnold regarding conference. | 5.50 | 176.00 | 968.00 |
| 2/28/2008 | Review agency materials; correspond with A. McNamara and J. Catton regarding administrative record. | 5.00 | 176.00 | 880.00 |
| 2/29/2008 | Review FEIS, related authority; correspond with J. Catton and A. McNamara regarding case status, arguments for summary judgment briefing. | 7.50 | 176.00 | 1320.00 |
| 3/3/2008 | Prepare for second meet and confer conference; meet and confer with government and NPCA regarding case scheduling; review Wyoming docket; correspond with D. Honnold, A. McNamara, and J. Catton regarding case status, record review issues. | 4.20 | 176.00 | 739.20 |
| 3/4/2008 | Meet and confer with the government, NPCA; review Wyoming docket materials; review NPCA meet and confer report; meet with D. Honnold, T. Preso, and J. Harbine regarding case. | 4.00 | 176.00 | 704.00 |
| 3/5/2008 | Review and revise Rule 16.3 report; correspond with D. Honnold, T. Preso regarding report, case scheduling issues; correspond with clients regarding case scheduling issues; correspond with NPCA regarding report; draft proposed scheduling order. | 5.00 | 176.00 | 880.00 |
| 3/6/2008 | Review and revise Rule 16.3 report; correspond with Arnold & Porter, D. Honnold, and T. Preso regarding report, record issues; conference call with clients regarding case status, schedule; conference with A. McNamara and J. Catton regarding case, record review; review EIS; draft brief. | 8.20 | 176.00 | 1443.20 |
| 3/7/2008 | Review and revise Rule 16.3 report; conference call with government and NPCA; review and revise motion to consolidate D.C. cases; confer with D. Honnold and T. Preso regarding consolidation; correspond with J. Catton and A. McNamara regarding venue, case issues. | 7.20 | 176.00 | 1267.20 |
| 3/8/2008 | Review FEIS and related agency materials; correspond with J. Catton, A. McNamara, and K. Brengel regarding case, venue motion. | 8.30 | 176.00 | 1460.80 |
| 3/9/2008 | Review FEIS and related agency materials; correspond with T. Preso regarding consolidation issues. | 5.30 | 176.00 | 932.80 |
| 3/10/2008 | Review, finalize, and file Joint Case Management statement; correspond with other parties, team regarding joint case management statement; correspond with NPCA regarding consolidation issues; review FEIS and related agency materials. | 4.30 | 176.00 | 756.80 |

| | | | | |
|---|---|---|---|---|
| 3/11/2008 | Review FOIA documents; draft and serve letters to NPS, Interior regarding outstanding FOIA requests; correspond with NPCA, government regarding consolidation issues; correspond with D. Honnold and T. Preso regarding consolidation issues. | 6.00 | 176.00 | 1056.00 |
| 3/12/2008 | Correspond with D. Honnold and T. Preso regarding case status; finalize consolidation motion; correspond with government, NPCA regarding consolidation, related issues; correspond with clients regarding case status; review docket materials. | 4.00 | 176.00 | 704.00 |
| 3/13/2008 | Prepare and file response to consolidation motion; correspond with D. Honnold, T. Preso, and clients regarding case developments. | 2.80 | 176.00 | 492.80 |
| 3/16/2008 | Review FEIS, related materials. | 6.50 | 176.00 | 1144.00 |
| 3/17/2008 | Review docket sheets for NRDC; review prior decisions in case; review FEIS and related materials. | 3.30 | 176.00 | 580.80 |
| 3/18/2008 | Correspond with NPCA, government regarding scheduling proposal; revise government's draft scheduling proposal; meet with T. Preso regarding case; review FEIS, related materials. | 4.80 | 176.00 | 844.80 |
| 3/19/2008 | Review scheduling order; correspond with NPCA about scheduling; discuss scheduling order with clients; review FEIS and related materials. | 5.80 | 176.00 | 1020.80 |
| 3/20/2008 | Review EIS, related agency materials; meet with J. Catton regarding administrative record, case developments; correspond with clients regarding scheduling order. | 7.00 | 176.00 | 1232.00 |
| 3/21/2008 | Correspond with T. Preso, D. Honnold regarding administrative record review; review prior case materials. | 4.00 | 176.00 | 704.00 |
| 3/23/2008 | Review prior EISs, RODs; review prior briefing; correspond with J. Catton, A. McNamara regarding motion, record; draft summary judgment motion. | 6.00 | 176.00 | 1056.00 |
| 3/24/2008 | Review prior agency and case materials; draft motion for summary judgment; research transfer issues; correspond with clients regarding administrative record review. | 8.30 | 176.00 | 1460.80 |
| 3/25/2008 | Review government's transfer motion; research transfer issues; correspond with clients regarding transfer, administrative record issues. | 7.80 | 176.00 | 1372.80 |
| 3/26/2008 | Research transfer issues; draft motion for summary judgment, related documents. | 8.50 | 176.00 | 1496.00 |
| 3/27/2008 | Review transfer materials; correspond with government, clients regarding administrative record review. | 5.80 | 176.00 | 1020.80 |
| 3/28/2008 | Research transfer issues; correspond with NPCA regarding transfer motion. | 4.50 | 176.00 | 792.00 |
| 3/29/2008 | Review summary judgment materials; draft summary judgment motion. | 4.50 | 176.00 | 792.00 |
| 3/30/2008 | Review administrative materials regarding prior decisions; draft summary judgment motion. | 4.30 | 176.00 | 756.80 |
| 3/31/2008 | Correspond with NPCA regarding document review; research transfer issues. | 6.50 | 176.00 | 1144.00 |
| 4/1/2008 | Correspond with NPCA regarding document review; review transfer research and prior case histories; correspond with clients, government regarding the administrative record. | 6.30 | 176.00 | 1108.80 |
| 4/2/2008 | Correspond with NPCA, clients regarding administrative record review; review administrative record index; correspond with clients, government regarding index; correspond with Douglas Honnold and Timothy Preso regarding extension. | 6.50 | 176.00 | 1144.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 4/3/2008 | Meet with J. Catton, A. McNamara regarding record review; contact Interior regarding FOIA request; draft opposition to transfer. | 6.50 | 176.00 | 1144.00 |
| 4/4/2008 | Correspond with clients regarding administrative record review; contact Interior regarding pending FOIA request; review Interior FOIA response; correspond with NPCA regarding FOIA request, record review; research history of prior snowmobile actions; draft opposition to transfer. | 7.30 | 176.00 | 1284.80 |
| 4/5/2008 | Draft opposition to transfer. | 5.00 | 176.00 | 880.00 |
| 4/6/2008 | Draft opposition to transfer. | 5.30 | 176.00 | 932.80 |
| 4/7/2008 | Finish opposition to transfer draft; review comments on opposition to transfer draft; revise opposition; prepare declaration regarding opposition exhibits; prepare opposition exhibits. | 9.80 | 176.00 | 1724.80 |
| 4/8/2008 | Finalize, cite check, and file opposition to transfer. | 7.00 | 176.00 | 1232.00 |
| 4/9/2008 | Correspond with J. Catton regarding administrative record review; review FEIS, DEIS. | 1.50 | 176.00 | 264.00 |
| 4/10/2008 | Review and revise summary judgment draft; correspond with J. Catton regarding administrative record issues and arguments for summary judgment brief. | 6.70 | 176.00 | 1179.20 |
| 4/12/2008 | Draft motion for summary judgment. | 4.50 | 176.00 | 792.00 |
| 4/13/2008 | Draft and research summary judgment motion. | 4.20 | 176.00 | 739.20 |
| 4/14/2008 | Research and draft summary judgment motion. | 5.30 | 176.00 | 932.80 |
| 4/15/2008 | Research and draft summary judgment motion. | 4.50 | 176.00 | 792.00 |
| 4/16/2008 | Review government reply regarding transfer; research transfer issues. | 4.00 | 176.00 | 704.00 |
| 4/17/2008 | Research transfer issues; correspond with NPCA regarding surreply. | 3.00 | 176.00 | 528.00 |
| 4/18/2008 | Research transfer issues; correspond with NPCA regarding surreply; review NPCA and government filings. | 3.00 | 176.00 | 528.00 |
| 4/19/2008 | Draft summary judgment motion. | 5.50 | 176.00 | 968.00 |
| 4/20/2008 | Draft summary judgment motion. | 6.50 | 176.00 | 1144.00 |
| 4/21/2008 | Draft summary judgment brief. | 3.00 | 176.00 | 528.00 |
| 4/24/2008 | Review transfer opinion. | 0.75 | 176.00 | 132.00 |
| 4/26/2008 | Draft summary judgment motion. | 9.00 | 176.00 | 1584.00 |
| 4/27/2008 | Review administrative record. | 5.00 | 176.00 | 880.00 |
| 4/30/2008 | Review administrative record; draft summary judgment motion. | 4.00 | 176.00 | 704.00 |
| 5/1/2008 | Review standing declarations and correspond with clients regarding declarations; research remedy issues; correspond with D. Honnold regarding relief issues; revise motion for summary judgment. | 7.10 | 176.00 | 1249.60 |
| 5/2/2008 | Review standing declarations; correspond with clients regarding standing declarations; meet with D. Honnold regarding motion for summary judgment. | 6.60 | 176.00 | 1161.60 |
| 5/3/2008 | Review and revise motion for summary judgment; discuss brief with J. Catton; prepare statement of facts. | 9.50 | 176.00 | 1672.00 |
| 5/4/2008 | Review and revise motion, statement of facts; research Organic Act issues. | 8.30 | 176.00 | 1460.80 |
| 5/5/2008 | Meet with J. Catton regarding brief; review standing declarations; correspond with clients regarding standing declarations; revise brief and related documents. | 10.80 | 176.00 | 1900.80 |

| 5/6/2008 | Review and revise brief; correspond with J. Catton regarding FEIS; correspond with NPCA about filing; review standing declarations. | 11.20 | 176.00 | 1971.20 |
|---|---|---|---|---|
| 5/7/2008 | Review and revise summary judgment brief and related documents; review standing declarations; correspond with NPCA regarding exhibits. | 10.80 | 176.00 | 1900.80 |
| 5/8/2008 | Meet with T. Preso regarding brief; review and revise brief; finalize motion and related documents; finalizing standing declarations; correspond with NPCA, government regarding administrative record; correspond with clients, D. Honnold, T. Preso regarding remedy. | 10.50 | 176.00 | 1848.00 |
| 5/9/2008 | Finalize, cite check, and file summary judgment materials; review NPCA brief. | 9.80 | 176.00 | 1724.80 |
| 5/14/2008 | Correspond with clients regarding pending motions. | 0.30 | 176.00 | 52.80 |
| 6/10/2008 | Review administrative record supplements; review NPCA brief. | 1.80 | 176.00 | 316.80 |
| 6/16/2008 | Review cross-motions for summary judgment. | 1.50 | 176.00 | 264.00 |
| 6/17/2008 | Review summary judgment briefing; correspond with clients regarding summary judgment briefing. | 3.80 | 176.00 | 668.80 |
| 6/18/2008 | Review and outline summary judgment briefs. | 5.00 | 176.00 | 880.00 |
| 6/21/2008 | Review and outline briefs; research issues for reply. | 3.50 | 176.00 | 616.00 |
| 6/22/2008 | Review summary judgment briefing; research reply issues. | 4.50 | 176.00 | 792.00 |
| 6/23/2008 | Review defendants' summary judgment briefs and outline reply. | 3.50 | 176.00 | 616.00 |
| 6/24/2008 | Review summary judgment briefs; research summary judgment issues; outline reply brief. | 5.50 | 176.00 | 968.00 |
| 6/25/2008 | Research and outline reply brief. | 6.30 | 176.00 | 1108.80 |
| 6/26/2008 | Research and draft reply brief. | 4.70 | 176.00 | 827.20 |
| 6/27/2008 | Research summary judgment issues. | 3.50 | 176.00 | 616.00 |
| 6/28/2008 | Research and draft opposition to defendants' motions for summary judgment. | 7.80 | 176.00 | 1372.80 |
| 6/29/2008 | Research and draft opposition to defendants' motions for summary judgment. | 7.10 | 176.00 | 1249.60 |
| 6/30/2008 | Draft opposition to defendants' motions for summary judgment. | 8.50 | 176.00 | 1496.00 |
| 7/1/2008 | Draft opposition to defendants' cross-motions for summary judgment. | 9.10 | 176.00 | 1601.60 |
| 7/2/2008 | Draft opposition to defendants' cross-motions for summary judgment. | 9.30 | 176.00 | 1636.80 |
| 7/3/2008 | Meet with Jon Catton, Amy McNamara regarding opposition; draft opposition. | 8.70 | 176.00 | 1531.20 |
| 7/4/2008 | Draft opposition to defendants' cross-motions for summary judgment. | 7.30 | 176.00 | 1284.80 |
| 7/5/2008 | Draft opposition to defendants' cross-motions for summary judgment. | 7.70 | 176.00 | 1355.20 |
| 7/6/2008 | Draft opposition to defendants' cross-motions for summary judgment. | 8.30 | 176.00 | 1460.80 |
| 7/7/2008 | Draft and revise opposition to defendants' cross-motions for summary judgment. | 8.30 | 176.00 | 1460.80 |
| 7/8/2008 | Meet with D. Honnold, T. Preso regarding opposition; revise opposition. | 9.70 | 176.00 | 1707.20 |
| 7/9/2008 | Revise opposition to defendants' cross-motions for summary judgment. | 10.50 | 176.00 | 1848.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 7/10/2008 | Revise opposition to defendants' cross-motions for summary judgment; correspond with T. Preso, D. Honnold, and clients regarding opposition. | 9.80 | 176.00 | 1724.80 |
| 7/11/2008 | Finalize and review opposition to defendants' cross-motions for summary judgment; prepare response to federal defendants' statement of facts; file opposition. | 12.30 | 176.00 | 2164.80 |
| 7/15/2008 | Review NPCA brief. | 2.00 | 176.00 | 352.00 |
| 7/16/2008 | Prepare oral argument outline. | 1.50 | 176.00 | 264.00 |
| 7/17/2008 | Prepare oral argument outline. | 2.50 | 176.00 | 440.00 |
| 7/18/2008 | Prepare oral argument outline. | 1.50 | 176.00 | 264.00 |
| 7/21/2008 | Review Sylvan Pass decision; correspond with clients. | 0.50 | 176.00 | 88.00 |
| 7/22/2008 | Prepare oral argument outline; correspond with clients regarding oral argument. | 1.00 | 176.00 | 176.00 |
| 7/26/2008 | Review transcript from 2003 summary judgment hearing. | 2.40 | 176.00 | 422.40 |
| 7/27/2008 | Prepare oral argument outline. | 5.30 | 176.00 | 932.80 |
| 7/28/2008 | Meet with J. Catton and A. McNamara regarding oral argument. | 0.40 | 176.00 | 70.40 |
| 8/2/2008 | Review government, ISMA reply briefs. | 4.70 | 176.00 | 827.20 |
| 8/3/2008 | Prepare oral argument outline. | 6.30 | 176.00 | 1108.80 |
| 8/4/2008 | Review FEIS, ROD, and record materials;  prepare for client meeting. | 7.30 | 176.00 | 1284.80 |
| 8/4/2008 | Correspond with clients regarding reply briefs. | 0.50 | 176.00 | 88.00 |
| 8/6/2008 | Review briefing; draft oral argument outline; meeting with J. Catton re oral argument. | 3.10 | 176.00 | 545.60 |
| 8/7/2008 | Prepare oral argument outline; correspond with NPCA regarding joint appendix. | 2.70 | 176.00 | 475.20 |
| 8/8/2008 | Correspond with NPCA regarding joint appendix; prepare index of appendix materials. | 1.80 | 176.00 | 316.80 |
| 8/9/2008 | Research and prepare oral argument outline. | 6.30 | 176.00 | 1108.80 |
| 8/10/2008 | Research and prepare oral argument outline. | 8.80 | 176.00 | 1548.80 |
| 8/11/2008 | Finalize joint appendix; conference call with NPCA, ISMA, government regarding appendix. | 1.50 | 176.00 | 264.00 |
| 8/12/2008 | Prepare oral argument outline. | 3.00 | 176.00 | 528.00 |
| 8/13/2008 | Conference call with NPCA, ISMA, government regarding appendix; prepare oral argument outline. | 4.70 | 176.00 | 827.20 |
| 8/14/2008 | Prepare for oral argument; moot oral argument. | 4.80 | 176.00 | 844.80 |
| 8/16/2008 | Prepare oral argument outline. | 5.80 | 176.00 | 1020.80 |
| 8/17/2008 | Prepare oral argument outline. | 6.30 | 176.00 | 1108.80 |
| 8/18/2008 | Correspond with J. Catton regarding oral argument; prepare oral argument outline; review NPCA briefs. | 4.80 | 176.00 | 844.80 |
| 8/19/2008 | Correspond with NPCA, clients regarding oral argument; review record documents; prepare oral argument outline. | 3.80 | 176.00 | 668.80 |
| 8/20/2008 | Correspond with J. Catton, A. McNamara regarding oral argument; review record documents. | 1.70 | 176.00 | 299.20 |
| 8/21/2008 | Review record documents; prepare oral argument outline; correspond with clients, NPCA regarding oral argument. | 9.30 | 176.00 | 1636.80 |
| 8/22/2008 | Prepare oral argument outline; moot oral argument. | 5.30 | 176.00 | 932.80 |
| 8/23/2008 | Oral argument preparations. | 9.50 | 176.00 | 1672.00 |
| 8/24/2008 | Oral argument preparations. | 9.10 | 176.00 | 1601.60 |
| 8/25/2008 | Travel to Washington, D.C.; oral argument preparations. | 10.10 | 176.00 | 1777.60 |
| 8/26/2008 | Oral argument preparations. | 12.50 | 176.00 | 2200.00 |
| 8/27/2008 | Oral argument. | 4.70 | 176.00 | 827.20 |

| | | | | |
|---|---|---|---|---|
| 8/28/2008 | Correspond with D. Honnold, T. Preso regarding supplemental brief; draft supplemental brief. | 7.50 | 176.00 | 1320.00 |
| 8/29/2008 | Review and file supplemental brief. | 2.00 | 176.00 | 352.00 |
| 9/13/2008 | Review transcript of oral argument. | 0.30 | 176.00 | 52.80 |
| 9/15/2008 | Review opinion granting summary judgment; correspond with clients regarding the decision. | 4.50 | 176.00 | 792.00 |
| 9/19/2008 | Correspond with clients regarding court's decision. | 1.60 | 176.00 | 281.60 |
| 9/25/2008 | Correspond with clients regarding Park Service snowcoach, snowmobile authority; correspond with clients regarding congressional developments. | 2.80 | 176.00 | 492.80 |
| 9/26/2008 | Correspond with clients regarding Park Service authority, congressional developments. | 2.30 | 176.00 | 404.80 |
| 9/30/2008 | Review plaintiffs' Wyoming brief regarding remedy; correspond with clients regarding Wyoming briefing, intervention. | 1.60 | 176.00 | 281.60 |
| 10/7/2008 | Review Wyoming briefs regarding remedy; correspond with clients regarding Wyoming briefing. | 1.17 | 176.00 | 205.33 |
| 10/15/2008 | Correspond with J. Catton, A. McNamara regarding Wyoming litigation. | 0.25 | 176.00 | 44.00 |
| 10/16/2008 | Review Wyoming briefing regarding relief; correspond with clients regarding Wyoming briefing. | 0.75 | 176.00 | 132.00 |
| 10/23/2008 | Review transcript of Wyoming hearing; correspond with clients, NPCA regarding transcript. | 1.50 | 176.00 | 264.00 |
| 10/28/2008 | Correspond with clients regarding Wyoming transcript; correspond with clients regarding Park Service's interim rule, Wyoming briefing. | 1.40 | 176.00 | 246.40 |
| 11/5/2008 | Review interim rule environmental assessment. | 1.67 | 176.00 | 293.33 |
| 11/6/2008 | Review interim rule environmental assessment; correspond with A. McNamara regarding temporary rule. | 2.17 | 176.00 | 381.33 |
| 11/7/2008 | Review interim rule environmental assessment. | 1.17 | 176.00 | 205.33 |
| 11/9/2008 | Review interim rule environmental assessment. | 6.33 | 176.00 | 1114.67 |
| 11/10/2008 | Review interim rule environmental assessment. | 2.50 | 176.00 | 440.00 |
| 11/11/2008 | Draft D.D.C. notice regarding Wyoming ruling; correspond with clients regarding notice, Wyoming ruling. | 3.50 | 176.00 | 616.00 |
| 11/12/2008 | Finalize and file D.D.C. notice regarding Wyoming litigation. | 3.10 | 176.00 | 545.60 |
| 11/17/2008 | Participate in conference call regarding the Park Service's new rule; correspond with clients regarding new regulation; draft notice regarding new regulation. | 2.00 | 176.00 | 352.00 |
| 11/18/2008 | Review prior case materials regarding 2004 rule; correspond with clients regarding announced rule. | 8.50 | 176.00 | 1496.00 |
| 11/19/2008 | Research response to Park Service regulation; correspond with clients, D. Honnold regarding response; draft response to Park Service announcement. | 9.75 | 176.00 | 1716.00 |
| 12/3/2008 | Review NPCA D.C. Circuit motion; correspond with clients, D. Honnold regarding motion. | 2.17 | 176.00 | 381.33 |
| 12/11/2008 | Correspond with D. Honnold, T. Preso, and NPCA re settlement. | 0.58 | 176.00 | 102.67 |
| 12/12/2008 | Review Wyoming injunction motion re NPCA; forward motion to clients; correspond with T. Preso, D. Honnold regarding motion; review D.C. Circuit scheduling order; review D.C. Circuit rules. | 1.50 | 176.00 | 264.00 |
| 12/28/2008 | Review D.C. Circuit order; prepare certificates for filing. | 5.17 | 176.00 | 909.33 |
| 12/29/2008 | Review D.C. Circuit filing; correspond with D. Honnold, K. Regnier regarding filing. | 0.83 | 176.00 | 146.67 |

| 12/30/2008 | Review D.C. Circuit filing; correspond with M. Ohs, K. Regnier re filing. | 0.17 | 176.00 | 29.33 |
|---|---|---|---|---|
| 1/5/2009 | Review defendants' filings; prepare and file supplemental related case disclosure. | 1.75 | 175.00 | 306.25 |
| 1/13/2009 | Review filings re NPCA remand motion. | 0.83 | 175.00 | 145.83 |
| 1/22/2009 | Correspond with A. McNamara regarding client conference call. | 0.08 | 175.00 | 14.58 |
| 2/4/2009 | Correspond with NPCA, GYC regarding settlement; discuss settlement issues with A. McNamara. | 0.67 | 175.00 | 116.67 |
| 2/12/2009 | Review D.C. Circuit motion briefing. | 0.25 | 175.00 | 43.75 |
| 2/17/2009 | Review D.C. Circuit remand motion briefing. | 0.17 | 175.00 | 29.17 |
| 2/23/2009 | Review NPCA reply in support of motion for limited remand to the District Court. | 0.33 | 175.00 | 58.33 |
| 2/25/2009 | Review materials regarding intervention, settlement; conference call with clients regarding case status, settlement; correspond with K. Brengel regarding status of D.C. and Wyoming litigation, settlement. | 2.90 | 175.00 | 507.50 |
| 3/3/2009 | Correspond with K. Brengel regarding case status, settlement talks. | 0.42 | 175.00 | 72.92 |
| 3/12/2009 | Correspond with A. McNamara (GYC) regarding case status. | 0.25 | 175.00 | 43.75 |
| 3/16/2009 | Review NPCA status update; review Wyoming order, docket; correspond with clients regarding status of Wyoming litigation. | 0.92 | 175.00 | 160.42 |
| 3/27/2009 | Meet with Jon Catton regarding case status. | 1.08 | 175.00 | 189.58 |
| 4/8/2009 | Correspond with government, clients, NPCA re settlement. | 0.58 | 175.00 | 102.08 |
| 4/9/2009 | Correspond with clients regarding settlement conference call. | 0.25 | 175.00 | 43.75 |
| 4/13/2009 | Client call regarding settlement; meeting with D. Honnold regarding settlement. | 1.00 | 175.00 | 175.00 |
| 4/15/2009 | Calls with government lawyers re settlement; meet with D. Honnold, clients regarding settlement; update Jon Catton regarding calls. | 2.92 | 175.00 | 510.42 |
| 4/16/2009 | Call with Jon Catton regarding settlement status. | 0.58 | 175.00 | 102.08 |
| 4/24/2009 | Discuss Court of Appeals briefing with D. Honnold, T. Preso. | 0.17 | 175.00 | 29.17 |
| 4/27/2009 | Discuss status hearing with J. Catton, R. Rosenbaum. | 0.25 | 175.00 | 43.75 |
| 4/28/2009 | Correspond with D. Honnold, R. Rosenbaum re Court of Appeals briefing. | 0.17 | 175.00 | 29.17 |
| 4/29/2009 | Correspond with D. Honnold, R. Rosenbaum regarding D.C. Circuit briefing. | 0.25 | 175.00 | 43.75 |
| 4/30/2009 | Correspond with parties regarding D.C. Circuit briefing. | 0.50 | 175.00 | 87.50 |
| 5/1/2009 | Discuss appeal schedule with D. Honnold, R. Rosenbaum, government. | 1.58 | 175.00 | 277.08 |
| 5/5/2009 | Discuss settlement with Luke Hajek, D. Honnold. | 0.33 | 175.00 | 58.33 |
| 5/6/2009 | Correspond with clients, government regarding settlement. | 1.42 | 175.00 | 247.92 |
| 5/12/2009 | Correspond with clients, government regarding settlement. | 0.58 | 175.00 | 102.08 |
| 5/13/2009 | Conference call re settlement; correspond with D. Honnold, Jon Catton, government re settlement. | 2.17 | 175.00 | 379.17 |
| 5/21/2009 | Meet with D. Honnold, Jon Catton regarding settlement. | 1.50 | 175.00 | 262.50 |
| 5/28/2009 | Correspond with clients, NPCA regarding settlement talks; review confidentiality agreement. | 4.17 | 175.00 | 729.17 |
| 5/29/2009 | Discuss settlement issues with J. Catton; review confidentiality agreement, correspond with defendants regarding agreement. | 2.30 | 175.00 | 402.50 |
| 5/30/2009 | Prepare for settlement. | 5.25 | 175.00 | 918.75 |
| 5/31/2009 | Prepare for settlement. | 0.83 | 175.00 | 145.83 |

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 6/1/2009 | Prepare for settlement talks; correspond with clients, government regarding settlement meeting. | 1.75 | 175.00 | 306.25 |
| 6/2/2009 | Correspond with government, clients regarding settlement meeting, confidentiality agreement; prepare for settlement meeting. | 4.83 | 175.00 | 845.83 |
| 6/3/2009 | Travel to Denver; meet with clients, NPCA regarding settlement; prepare for settlement meeting. | 12.17 | 175.00 | 2129.17 |
| 6/4/2009 | Settlement discussions; meet with clients regarding settlement; travel to Bozeman. | 11.83 | 175.00 | 2070.83 |
| 6/5/2009 | Correspond with clients regarding settlement discussions; correspond with government counsel regarding wildlife studies. | 2.67 | 175.00 | 466.67 |
| 6/8/2009 | Calls with clients regarding settlement; review party correspondence regarding settlement. | 2.58 | 175.00 | 452.08 |
| 6/9/2009 | Correspond with government, clients regarding settlement call; discuss settlement with government, NPCA, Jon Catton. | 3.33 | 175.00 | 583.33 |
| 6/17/2009 | Correspond with clients, D. Honnold regarding government's abandonment of appeal. | 0.33 | 175.00 | 58.33 |
| 6/22/2009 | Review time sheets for fee request (0:30); review EAJA authority regarding rate, timing (2:50). | 3.33 | 175.00 | 583.33 |
| 6/23/2009 | Research EAJA issues; prepare time, expense reports. | 4.75 | 175.00 | 831.25 |
| 6/29/2009 | Prepare settlement letter, time sheets. | 3.00 | 175.00 | 525.00 |
| 6/30/2009 | Prepare fee request letter; calculate hours in support of fee request. | 2.17 | 175.00 | 379.17 |
| 7/1/2009 | Prepare fee request, hours summary. | 2.83 | 175.00 | 495.83 |
| 7/2/2009 | Finalize and send fee settlement proposal. | 0.83 | 175.00 | 145.83 |
| 1/27/2010 | Correspond with government regarding fee settlement; review settlement letters. | 0.33 | 176.00 | 58.67 |
| 1/29/2010 | Correspond with clients regarding fee recovery, prepare settlement materials regarding organization status (3:10); research fee issues, draft letter re organization EAJA eligibility and apportionment (2:50). | 6.00 | 176.00 | 1056.00 |
| 1/30/2010 | Research EAJA fee recovery, party eligibility. | 3.50 | 176.00 | 616.00 |
| 2/2/2010 | Draft client declarations re EAJA eligibility (0:35); draft letter to DOJ re clients' EAJA eligibility (2:00); review clients' retainer agreements, draft declaration re same (1:10). | 3.75 | 176.00 | 660.00 |
| 2/3/2010 | Correspond with NRDC re EAJA declaration, 501(c)(3) letter (0:10); review clients' EAJA declarations (0:10); review and finalize letter to DOJ and accompanying exhibits regarding clients' EAJA eligibility (0:50). | 1.17 | 176.00 | 205.33 |
| 3/18/2010 | Correspond with G. Montero re fee settlement; review D.C. Circuit mandate. | 0.25 | 176.00 | 44.00 |
| 3/31/2010 | Correspond with G. Montero re fees. | 0.08 | 176.00 | 14.67 |
| 4/2/2010 | Review D.C. office memo re EAJA fee applications (0:25); correspond with G. Montero; review and research government fee settlement response (0:50). | 1.25 | 176.00 | 220.00 |
| 4/3/2010 | Review government fee response; research response. | 2.67 | 176.00 | 469.33 |
| 4/4/2010 | Research and draft response to government fee letter. | 4.83 | 176.00 | 850.67 |
| 4/5/2010 | Draft, review, and mail letter regarding fee settlement. | 5.20 | 176.00 | 915.20 |
| 4/7/2010 | Prepare fee application, motion for stay of fee application briefing; correspond with G. Montero re same. | 4.00 | 176.00 | 704.00 |
| | **TOTALS SEAN HELLE** | **1,070.62** | | **$187,652.86** |

# YNP SNOWMOBILE ATTORNEY TIME          DOUGLAS HONNOLD

| Date | Description | Hours | Rate | Billable |
|------|-------------|-------|------|----------|
| 10/9/2007 | Research, Review correspondence, Memos, EIS; A & P memos, comment letters; prepare for, Attend client call re possible representation, legal claims. | 4.10 | 170.00 | 697.00 |
| 10/10/2007 | Research, Review correspondence, Memos, EIS; A & P memos, comment letters; client correspondence, Memos, response to same. | 1.80 | 170.00 | 306.00 |
| 10/11/2007 | Research, Review correspondence, Memos, EIS; A & P memos, comment letters; prepare for, Attend client call re possible representation, legal claims; Research, Draft NMF. | 2.70 | 170.00 | 459.00 |
| 10/12/2007 | Research, Review correspondence, Memos, EIS; A & P memos, comment letters; prepare for, Attend client call re possible representation, legal claims; Research, Draft NMF. | 2.90 | 170.00 | 493.00 |
| 10/15/2007 | Research, Review correspondence, Memos, EIS; A & P memos, comment letters; prepare for, Attend client call re possible representation, legal claims; Research, Draft NMF. | 5.20 | 170.00 | 884.00 |
| 10/16/2007 | Research, Review correspondence, Memos, EIS; A & P memos, comment letters; prepare for, Attend client call re possible representation, legal claims; Research, Draft NMF; calls with A & P re legal claims, co-counseling, litigation approval. | 5.80 | 170.00 | 986.00 |
| 10/17/2007 | Research, Review correspondence, Memos, EIS; A & P memos, comment letters; prepare for, Attend client call re possible representation, legal claims; Research, Draft NMF; calls with A & P re legal claims, co-counseling, litigation approval. | 6.60 | 170.00 | 1122.00 |
| 10/18/2007 | Research, Review correspondence, Memos, EIS; A & P memos, comment letters; prepare for, Attend client call re possible representation, legal claims; Research, Draft NMF; calls with A & P re legal claims, co-counseling, litigation approval. | 4.50 | 170.00 | 765.00 |
| 10/19/2007 | Research, Review correspondence, Memos, EIS; A & P memos, comment letters; prepare for, Attend client call re possible representation, legal claims; Research, Draft NMF; calls with A & P re legal claims, co-counseling, litigation approval. | 5.80 | 170.00 | 986.00 |
| 10/22/2007 | Calls from clients re case status, staffing, attorneys, claims. | 1.60 | 170.00 | 272.00 |
| 10/24/2007 | Research, Review EIS, NPS documents, client comments, Research Memos from A & P, Research re potential legal claims; calls with co-counsel, clients re same, staffing, co-counseling arrangements, possible conflicts. | 5.10 | 170.00 | 867.00 |
| 10/25/2007 | Research, Review EIS, NPS documents, client comments, Research Memos from A & P, Research re potential legal claims; calls with co-counsel, clients re same, staffing, co-counseling arrangements, possible conflicts; Conference with T. Preso, Harbine re case status, staffing needs, office handling. | 5.80 | 170.00 | 986.00 |
| 10/26/2007 | Research, Review EIS, NPS documents, client comments, Research Memos from A & P, RE re potential legal claims; calls with co-counsel, clients re same, staffing, co-counseling arrangements, possible conflicts. | 5.60 | 170.00 | 952.00 |
| 10/28/2007 | Research, Review EIS, A & P RE Memo, Draft complaint; investigate potential legal claims. | 4.20 | 170.00 | 714.00 |

| | | | | |
|---|---|---|---|---|
| 10/29/2007 | Research, Draft complaint; Research, Review EIS, comments, scientific documents; calls with clients, co-counsel re claims, timing, representation, timing of decision, venue issues, WY litigation. | 5.80 | 170.00 | 986.00 |
| 10/30/2007 | Research, Draft complaint; Research, Review EIS, comments, scientific documents; calls with clients, co-counsel re claims, timing, representation, timing of decision, venue issues, WY litigation. | 6.40 | 170.00 | 1088.00 |
| 10/31/2007 | Research, Draft complaint; Research, Review EIS, comments, scientific documents; calls with clients, co-counsel re claims, timing, representation, timing of decision, venue issues, WY litigation; Conference with S. Helle to orient; conference call with clients re case(s), claims, coordination, counseling arrangements. | 8.10 | 170.00 | 1377.00 |
| 11/1/2007 | Research, Draft complaint; Research, Review EIS, comments, scientific documents; calls with clients, co-counsel re claims, timing, representation, timing of decision, venue issues, WY litigation. | 7.50 | 170.00 | 1275.00 |
| 11/2/2007 | Research, Draft complaint; Research, Review EIS, comments, scientific documents; calls with clients, co-counsel re claims, timing, representation, timing of decision, venue issues, WY litigation. | 8.40 | 170.00 | 1428.00 |
| 11/3/2007 | Research, Draft complaint; Research, Review EIS, comments, scientific documents; calls with clients re claims, timing of decision, possible changes, release of ROD; call to S. Helle re same. | 5.40 | 170.00 | 918.00 |
| 11/4/2007 | Research, Draft complaint; Research, Review EIS, comments, scientific documents; calls with clients re claims, timing of decision, possible changes, release of ROD. | 1.80 | 170.00 | 306.00 |
| 11/5/2007 | Research, Review EIS, NPS documents, prior litigation pleadings; Draft Complaint; Conference with S. Helle re case status, impairment claims; calls & conference call with clients, email re filing, decision, coordination with NPCA. | 7.80 | 170.00 | 1326.00 |
| 11/6/2007 | Research, Review EIS, NPS documents, prior litigation pleadings; Draft Complaint; Conference with S. Helle re case status, impairment claims; calls with clients, email re filing, decision, coordination with NPCA. | 7.40 | 170.00 | 1258.00 |
| 11/7/2007 | Research, Review EIS, NPS documents, prior litigation pleadings; Draft Complaint; RE re impairment claims; calls with clients, email re filing, decision, coordination with NPCA. | 3.80 | 170.00 | 646.00 |
| 11/8/2007 | Research, Review EIS, NPS documents, prior litigation pleadings; DR Complaint; Conference with S. Helle re case status, impairment claims; calls with clients, email re filing, decision, coordination with NPCA. | 3.80 | 170.00 | 646.00 |
| 11/9/2007 | Research, Review EIS, NPS documents, prior litigation pleadings; Draft Complaint; prepare for, attend conference call with clients re EIS, EPA comments, technical issues; Conference with clients re case status, next steps. | 5.40 | 170.00 | 918.00 |
| 11/12/2007 | Research, Draft complaint; review EIS, NPCA Complaint, claims; correspondence, Memos re coordination; Research re WY cases, proceedings. | 5.10 | 170.00 | 867.00 |

| | | | | |
|---|---|---|---|---|
| 11/13/2007 | Research, Review EIS, prior litigation history, predicate scientific comments, reports, client correspondence, Memos, comment letters; Research, Draft Complaint; investigate filing procedures, timing; respond to client correspondence, Memos re complaint, timing, coordination with NPCA complaint. | 4.70 | 170.00 | 799.00 |
| 11/14/2007 | Research, Review EIS, prior litigation history, scientific comments, reports, client correspondence, Memos, comment letters; Research, Draft Complaint; investigate filing procedures, timing; respond to client correspondence, Memos re complaint, timing, coordination with NPCA complaint. | 2.20 | 170.00 | 374.00 |
| 11/15/2007 | Research, Review EIS, prior litigation history, predicate scientific comments, reports, client correspondence, Memos, comment letters; Research, Draft Complaint; investigate filing procedures, timing; respond to client correspondence, Memos re complaint, timing, coordination with NPCA complaint. | 3.80 | 170.00 | 646.00 |
| 11/16/2007 | Research, Review EIS, prior litigation history, predicate scientific comments, reports, client correspondence, Memos, comment letters; Research, Draft complaint; investigate filing procedures, timing; respond to client correspondence, Memos re complaint, timing, coordination with NPCA complaint; calls from clients re impending ROD release. | 5.50 | 170.00 | 935.00 |
| 11/19/2007 | Research, Review EIS, prior litigation history, predicate scientific comments, reports, client correspondence, Memos, comment letters; Research, Draft complaint; calls and conferences with clients, NPCA re filing, timing of ROD, method of release; make arrangements for D.C. filing. | 6.30 | 170.00 | 1071.00 |
| 11/20/2007 | Research, Review ROD, client correspondence, Memos, comment letters; Research, Draft complaint; file complaint; calls, correspondence with clients re same. | 6.60 | 170.00 | 1122.00 |
| 11/21/2007 | Research, Review final ROD, NPCA Complaint, related case form; Conference with S. Helle re same, next steps; Review correspondence, Memos from clients re case status, judge assignment; respond to same. | 2.90 | 170.00 | 493.00 |
| 12/3/2007 | Research, Review NPCA complaint, local rules, DR letters judges; Conference with S. Helle re same; Review, edit Letter to court re same; correspondence, Memos to clients re NPCA case, judge assignment, possible industry intervention, next steps. | 1.60 | 170.00 | 272.00 |
| 12/14/2007 | Research, Review NPCA complaint, client correspondence re rule. | 0.60 | 170.00 | 102.00 |
| 12/18/2007 | Research re NPCA claims, potential impairment claims, correspondence, Memos with clients re same. | 1.60 | 170.00 | 272.00 |
| 12/19/2007 | Research, investigate final rule, client response to same; NPCA amended complaint. | 2.20 | 170.00 | 374.00 |
| 1/8/2008 | Research, Draft supplemental & amended complaint; Conference with S. Helle re same; Review client comments re same, local rules, FRCP. | 2.30 | 176.00 | 404.80 |
| 3/3/2008 | Calls with S. Helle re meet and confer, record review, ISMA intervention, consolidation with NPCA case, claims; Research, Review correspondence, Memos, Draft language re same. | 2.50 | 176.00 | 440.00 |
| 3/4/2008 | Calls with S. Helle re meet and confer, record review, ISMA intervention, consolidation with NPCA case, claims; Research, Review correspondence, Memos, Draft language re same. | 2.20 | 176.00 | 387.20 |

| 3/5/2008 | Calls with S. Helle re meet and confer, record review, ISMA intervention, consolidation with NPCA case, claims; Research, Review correspondence, Memos, Draft language re same. | 1.60 | 176.00 | 281.60 |
| 3/6/2008 | Calls with S. Helle re meet and confer, record review, ISMA intervention, consolidation with NPCA case, claims; Research, Review correspondence, Memos, Draft language re same. | 2.10 | 176.00 | 369.60 |
| 3/10/2008 | Research, Review, respond to S. Helle correspondence re record, scheduling order, opposing counsel position, transfer motion, consolidation motion. | 0.40 | 176.00 | 70.40 |
| 3/12/2008 | Research, Review, respond to S. Helle correspondence re record, scheduling order, opposing counsel position, transfer motion, consolidation motion. | 0.40 | 176.00 | 70.40 |
| 3/13/2008 | Research, Review, respond to S. Helle correspondence re record, scheduling order, opposing counsel position, transfer motion, consolidation motion. | 0.40 | 176.00 | 70.40 |
| 4/2/2008 | Research, draft opposition to Motion to Transfer; Conferences S. Helle re same, extension motion, court ruling. | 2.10 | 176.00 | 369.60 |
| 4/3/2008 | Research, draft opposition to Motion to Transfer; Conferences S. Helle re same, extension motion, court ruling. | 2.10 | 176.00 | 369.60 |
| 5/2/2008 | Research, draft summary judgment brief; Conference with S. Helle re same; Attend Conference call with clients re remedy; Conference with S. Helle re same, next steps, standing declarations, legal standards. | 6.20 | 176.00 | 1091.20 |
| 5/5/2008 | Research, draft summary judgment brief; Conference with S. Helle re same; Research, Review standing declarations, Conference with S. Helle re legal standard, potential declarants, testimony. | 2.80 | 176.00 | 492.80 |
| 5/6/2008 | Research, draft summary judgment brief; Conference with S. Helle re same; Research, Review standing declarations. | 2.70 | 176.00 | 475.20 |
| 6/23/2008 | Research, Review Administrative Record, summary judgment briefs; Conference with S. Helle re briefs, arguments, oral argument arrangements, preparation; Research, Review Files re same. | 2.30 | 176.00 | 404.80 |
| 6/25/2008 | Research, Review Administrative Record, summary judgment briefs; Conference with S. Helle re briefs, arguments, Research, Review Files re same. | 1.20 | 176.00 | 211.20 |
| 7/7/2008 | Research, draft summary judgment brief; Conferences with S. Helle, T. Preso re same. | 3.90 | 176.00 | 686.40 |
| 7/8/2008 | Research, draft summary judgment brief. | 3.70 | 176.00 | 651.20 |
| 7/9/2008 | Research, draft summary judgment brief. | 2.20 | 176.00 | 387.20 |
| 7/10/2008 | Research, draft summary judgment brief; Conference with S. Helle re same. | 3.30 | 176.00 | 580.80 |
| 7/11/2008 | Research, draft summary judgment brief; Conferences with S. Helle, T. Preso re same. | 3.60 | 176.00 | 633.60 |
| 8/18/2008 | Research, Review pleadings; Conference with S. Helle re oral argument preparation. | 1.30 | 176.00 | 228.80 |
| 8/22/2008 | Research, Review pleadings, prepare for oral argument; moot S. Helle; Conference with S. Helle re oral argument. | 2.80 | 176.00 | 492.80 |
| 8/24/2008 | Research, Review pleadings, Administrative Record; prepare for oral argument. | 6.60 | 176.00 | 1161.60 |
| 8/25/2008 | Research, Review pleadings, prepare for oral argument; Conference with S. Helle re oral argument. | 2.20 | 176.00 | 387.20 |
| 8/25/2008 | Travel to D.C. for Hearing. | 10.50 | 176.00 | 1848.00 |

| 8/26/2008 | Research, Review pleadings, prepare for oral argument; Conferences with S. Helle re oral argument. | 6.50 | 176.00 | 1144.00 |
|---|---|---|---|---|
| 8/27/2008 | Research, prepare for hearing; attend court hearing; Conference with S. Helle, clients re same, next steps, supplemental briefing. | 6.00 | 176.00 | 1056.00 |
| 8/28/2008 | Travel D.C. to Bozeman. | 11.00 | 176.00 | 1936.00 |
| 8/30/2008 | Research, Review supplemental briefs, Administrative Record citations. | 2.60 | 176.00 | 457.60 |
| 9/1/2008 | Conference with S. Helle re post-hearing pleadings, record; Research, Review same. | 0.80 | 176.00 | 140.80 |
| 9/15/2008 | Research, Review court opinion; respond to client inquiries re same. | 3.40 | 176.00 | 598.40 |
| 9/17/2008 | Call with clients re litigation, WY case, need for special regulation, role of compendium, etc.; Research re same; Conference with S. Helle re same. | 1.80 | 176.00 | 316.80 |
| 9/19/2008 | Research, Review correspondence, Memos re congressional strategy, legal authority for interim rule, NEPA compliance, WY litigation; conference call with clients; Conference with S. Helle re same. | 3.10 | 176.00 | 545.60 |
| 9/22/2008 | Research, Review correspondence, Memos re congressional strategy, legal authority for interim rule, NEPA compliance, riders, WY litigation, respond to clients re same. | 2.70 | 176.00 | 475.20 |
| 9/23/2008 | Calls, correspondence, Memos with clients re rider, temporary authorization, NEPA compliance; Research, Review client letters to Congress, NPS; Conference with S. Helle re same. | 2.20 | 176.00 | 387.20 |
| 10/16/2008 | Research, Review NPS WY supplemental brief re remedy; Research WY pleadings; Conference with S. Helle re same. | 2.50 | 176.00 | 440.00 |
| 11/10/2008 | Research, Review Brimmer ruling; Review NPS Draft rule; Research implications. | 1.90 | 176.00 | 334.40 |
| 11/11/2008 | Research, Review Brimmer decision, NPS interim rule proposal; Calls with S. Helle re same; Review, respond to client correspondence, memos re same, next steps. | 2.50 | 176.00 | 440.00 |
| 11/12/2008 | Research, Review proposed interim rule, proposed comments on same; Conference with S. Helle re same, client issues. | 2.20 | 176.00 | 387.20 |
| 11/14/2008 | Research, Review draft client comments re interim rule; Conference with S. Helle re case status, interim rule, NPS proposed changes; Research re authority for temporary rule in light of 2 court rulings. | 2.70 | 176.00 | 475.20 |
| 11/17/2008 | Research, Review NPS 720 proposal, 2004 rule, APA requirements; calls, Correspondence, MMs with clients re same, next steps. | 3.70 | 176.00 | 651.20 |
| 11/18/2008 | Call to S. Helle re options for notifying court, motions for relief, client concerns; Research, Review Correspondence, Memos re same. | 0.50 | 176.00 | 88.00 |
| 11/19/2008 | Research, Review NPS interim rule press release, 2004 rule, 2008 emergency rule, WY, D.C. pleadings; Research re court options; conference call with clients re options; Conference with S. Helle re same. | 4.10 | 176.00 | 721.60 |
| 11/20/2008 | Conference with S. Helle, T. Preso re case status, D.C. filing, Motions to enforce, clarify, notice, procedural options, requirements; Research, DR notice; Review, respond to client Correspondence re same. | 2.20 | 176.00 | 387.20 |

| 11/24/2008 | Research re legal options, Calls with S. Helle re same, client concerns, issues; conference call with A & P re same, WY, D.C. cases, next steps. | 2.10 | 176.00 | 369.60 |
|---|---|---|---|---|
| 12/3/2008 | Conference with S. Helle re A & P filings; Research, Review same. | 1.50 | 176.00 | 264.00 |
| 12/5/2008 | Conference with S. Helle re new case, impending rule; Review NPS Documents, various court rulings; Research re enforcement action or new case. | 1.70 | 176.00 | 299.20 |
| 1/9/2009 | Research, Review pleadings in NPCA appeal, WY case, D.C. case. | 1.40 | 175.00 | 245.00 |
| 2/11/2009 | Research, respond to Correspondence re possible settlement talks, timing, conditions, terms; response to same. | 0.30 | 175.00 | 52.50 |
| 2/24/2009 | Conference with S. Helle re settlement prospects, strategies, client call; Research, Review Correspondence, Rosenbaum Memos re same. | 0.70 | 175.00 | 122.50 |
| 2/25/2009 | Conference with S. Helle re settlement prospects, strategies, client call; Research, prepare for, Attend client call re same, next steps, contacts with Salazar, staff, litigation timing, etc. | 1.70 | 175.00 | 297.50 |
| 4/13/2009 | Conference with S. Helle; Research settlement options, call with clients re same; Review recent season snowmobile info, NPS & scientific reports. | 2.70 | 175.00 | 472.50 |
| 4/15/2009 | Conference calls with Opposing Cousel & clients re NPS settlement offer, possible changes, counter proposal; Conference with S. Helle re same, follow-up; Research re NEPA requirements, impact of Brimmer ruling. | 3.10 | 175.00 | 542.50 |
| 5/6/2009 | Research, Review pleadings, Correspondence re possible settlement negotiations; Conference with S. Helle re same; Research, prepare for client conference call, Attend client conference call re same. | 1.80 | 175.00 | 315.00 |
| 5/12/2009 | Review Correspondence re possible settlement conference, arrangements; Conference with S. Helle re same, client positions, costs, timing, etc. | 0.70 | 175.00 | 122.50 |
| 5/13/2009 | Research, Review Correspondence, Memos re potential settlement; conference call with clients re NPS settlement meeting proposal, arrangements, staffing; Conference with S. Helle re same. | 1.30 | 175.00 | 227.50 |
| 5/26/2009 | Research, Review Correspondence, Memos re settlement proceedings; Conference with S. Helle re same, next steps. | 1.30 | 175.00 | 227.50 |
| 5/27/2009 | Research, Review Correspondence, Memos re settlement proceedings; Conference with S. Helle re same, next steps; calls with clients. | 2.20 | 175.00 | 385.00 |
| 5/28/2009 | Research, Review Correspondence, Memos re settlement proceedings; Conference with S. Helle re same, next steps, prep for settlement proceedings; calls with clients, NPCA, co-counsel. | 3.70 | 175.00 | 647.50 |
| 5/29/2009 | Conference with S. Helle; calls with clients, Review Correspondence, Memos re prep for settlement discussions, confidentiality agreement; Research re same. | 2.80 | 175.00 | 490.00 |
| 6/3/2009 | Calls with S. Helle, calls with clients re settlement conference, client positions, statements, strategy; Review, respond to Opposing Counsel correspondence re confidentiality agreement, settlement proceedings. | 2.40 | 175.00 | 420.00 |
| 6/4/2009 | Calls with S. Helle, clients re Denver settlement discussions, proposals, responses, confidentiality agreement, next steps. | 1.20 | 175.00 | 210.00 |

| 6/8/2009 | Calls with S. Helle re settlement, next steps, conference call with clients re same; Review WY appeal pleadings. | 2.20 | 175.00 | 385.00 |
| 6/15/2009 | Review, respond to Opposing Counsel Correspondence re dismissal of D.C. appeal; investigate costs; inform clients; respond to client inquiries re same, next steps, impact on rulemaking. | 0.90 | 175.00 | 157.50 |
| | *TOTALS DOUG HONNOLD* | **345.90** | | **$59,789.60** |

## YNP SNOWMOBILE ATTORNEY TIME                    TIM PRESO

| Date | Description | Hours | Rate | Billable |
|------|-------------|-------|------|----------|
| 10/17/2007 | Conference D. Honnold re legal claims challenging new winter use decision. | 0.30 | 170.00 | 51.00 |
| 10/18/2007 | Review draft new matter form; conference D. Honnold re same. | 0.30 | 170.00 | 51.00 |
| 10/19/2007 | Conferences D. Honnold re client coalition issues. | 0.30 | 170.00 | 51.00 |
| 10/29/2007 | Conferences D. Honnold re draft complaint; review same. | 0.30 | 170.00 | 51.00 |
| 10/30/2007 | Conferences D. Honnold re client representation issues. | 0.30 | 170.00 | 51.00 |
| 11/1/2007 | Conference D. Honnold re draft complaint; conference S. Helle re same. | 0.50 | 170.00 | 85.00 |
| 11/2/2007 | Review and edit draft complaint; conference D. Honnold re same. | 0.80 | 170.00 | 136.00 |
| 3/4/2008 | Conference S. Helle re record issues. | 0.30 | 176.00 | 52.80 |
| 3/19/2008 | Review D.C. district court scheduling order; conference S. Helle re same. | 0.30 | 176.00 | 52.80 |
| 3/25/2008 | Conference S. Helle re federal defendants' transfer motion. | 0.30 | 176.00 | 52.80 |
| 3/28/2008 | Conferences D. Honnold, S. Helle re response to ISMA intervention motion. | 0.30 | 176.00 | 52.80 |
| 4/2/2008 | Conferences D. Honnold, S. Helle re record review issues. | 0.50 | 176.00 | 88.00 |
| 4/3/2008 | Conference D. Honnold, S. Helle re record review issues. | 0.70 | 176.00 | 123.20 |
| 4/4/2008 | Conference S. Helle re record review issues. | 0.30 | 176.00 | 52.80 |
| 4/7/2008 | Review and edit draft transfer opposition; conference S. Helle re same. | 1.30 | 176.00 | 228.80 |
| 4/16/2008 | Conference D. Honnold re defendants' transfer response. | 0.10 | 176.00 | 17.60 |
| 4/24/2008 | Review transfer ruling; conference S. Helle re same. | 0.30 | 176.00 | 52.80 |
| 5/5/2008 | Conference S. Helle re Summary judgment issues. | 0.30 | 176.00 | 52.80 |
| 5/7/2008 | Revise draft summary judgment brief. | 2.50 | 176.00 | 440.00 |
| 5/8/2008 | Review draft summary judgment brief; conference S. Helle re same; review draft summary judgment motion and statement of facts. | 2.50 | 176.00 | 440.00 |
| 7/1/2008 | Conference S. Helle re reply brief argument. | 0.30 | 176.00 | 52.80 |
| 7/7/2008 | Review draft summary judgment reply brief; conference D. Honnold, S. Helle re same. | 1.50 | 176.00 | 264.00 |
| 7/8/2008 | Review and edit draft summary judgment reply brief; conferences D. Honnold, S. Helle re same. | 2.00 | 176.00 | 352.00 |
| 7/10/2008 | Review revised summary judgment reply brief; conference S. Helle re same. | 2.30 | 176.00 | 404.80 |
| 7/11/2008 | Conferences S. Helle re arguments for summary judgment reply. | 0.30 | 176.00 | 52.80 |
| 8/8/2008 | Conference S. Helle re record appendix issues. | 0.20 | 176.00 | 35.20 |
| 8/14/2008 | Moot court for S. Helle re merits argument. | 1.00 | 176.00 | 176.00 |

| 8/28/2008 | Teleconferences D. Honnold, S. Helle re oral argument, supplemental briefing. | 0.30 | 176.00 | 52.80 |
|---|---|---|---|---|
| 8/29/2008 | Review and edit draft supplemental brief; email S. Helle re same; review defendants' surreply. | 0.50 | 176.00 | 88.00 |
| 9/15/2008 | Conferences D. Honnold, S. Helle re ruling. | 0.30 | 176.00 | 52.80 |
| 11/20/2008 | Conferences S. Helle, D. Honnold re response to NPS rule decision; review draft notice re same; conference C. Kenworthy re same. | 1.00 | 176.00 | 176.00 |
| | ***TOTALS TIMOTHY PRESO*** | **22.20** | | **$3,890.40** |

**Earthjustice**
*YNP Snowmobile Expenses*

## COURT FEES

| Date | Classification | Source | Description | Amount |
|------|----------------|--------|-------------|-------:|
| 11/2/2007 | Court Fees | Clerk, U. S. District Court | Filing Fee | 350.00 |
| | **Total Costs:  Court Fees** | | | **$350.00** |

## COURT REPORTERS

| Date | Classification | Source | Description | Amount |
|------|----------------|--------|-------------|-------:|
| 10/31/2008 | Court Reporters | LLP Transcript | Transcript Invoice | 452.67 |
| | **Total Costs:  Court Reporters** | | | **$452.67** |

## ON-LINE LEGAL RESEARCH EXPENSES

| Date | Classification | Source | Description | Amount |
|------|----------------|--------|-------------|-------:|
| 11/30/2007 | Law Library Research | Westlaw | Legal Research Oct 2007 | 8.70 |
| 12/31/2007 | Law Library Research | Westlaw | Legal Research Nov 2007 | 275.21 |
| 12/31/2007 | Law Library Research | Westlaw | Legal Research Dec 2007 | 60.64 |
| 1/31/2008 | Law Library Research | PACER | Oct-Dec 2007 | 105.36 |
| 1/31/2008 | Law Library Research | Westlaw | Legal Research Jan 2008 | 81.45 |
| 3/31/2008 | Law Library Research | Westlaw | Legal Research Mar 2008 | 153.83 |
| 4/30/2008 | Law Library Research | PACER | Jan-Mar 2008 | 30.88 |
| 4/30/2008 | Law Library Research | Westlaw | Legal Research Apr 2008 | 146.40 |
| 5/31/2008 | Law Library Research | Westlaw | Legal Research May 2008 | 107.34 |
| 6/30/2008 | Law Library Research | Westlaw | Legal Research Jun 2008 | 6.58 |
| 6/30/2008 | Law Library Research | PACER | Apr-Jun 2008 | 56.80 |
| 7/31/2008 | Law Library Research | Westlaw | Legal Research July 2008 | 169.87 |
| 8/31/2008 | Law Library Research | Westlaw | Legal Research Aug 2008 | 28.21 |
| 9/30/2008 | Law Library Research | PACER | Jul-Sep 2008 | 21.60 |
| 9/30/2008 | Law Library Research | Westlaw | Legal Research Sept 2008 | 15.42 |
| 10/31/2008 | Law Library Research | Westlaw | Legal Research Oct 2008 | 0.98 |
| 11/30/2008 | Law Library Research | Westlaw | Legal Research Nov 2008 | 28.95 |
| 12/31/2008 | Law Library Research | PACER | Oct-Dec 2008 | 29.04 |
| 2/28/2009 | Law Library Research | Westlaw | Legal Research Feb 2009 | 0.27 |
| 6/30/2009 | Law Library Research | Westlaw | Legal Research June 2009 | 18.78 |
| 7/31/2009 | Law Library Research | PACER | Apr-Jun 2009 | 1.44 |
| 7/31/2009 | Law Library Research | Westlaw | Legal Research July 2009 | 0.68 |
| 8/31/2009 | Law Library Research | Westlaw | Legal Research Aug 2009 | 7.09 |
| 10/31/2009 | Law Library Research | Westlaw | Legal Research Oct 2009 | 21.5 |
| 11/30/2009 | Law Library Research | Westlaw | Legal Research Nov 2009 | 45.16 |
| 12/31/2009 | Law Library Research | PACER | Oct-Dec 2009 | 5.68 |
| | **Total Costs:  On-Line Legal Research** | | | **$1,427.86** |

## REPRODUCTION AND PRINTING

| Date | Classification | Source | Description | Amount |
|------|----------------|--------|-------------|-------:|
| 1/31/2008 | Reproduction and Printing | In-House Copies | In-House Copies Jan 08 | 13.60 |
| 2/29/2008 | Reproduction and Printing | In-House Copies | In-House Copies Feb 08 | 40.10 |
| 3/31/2008 | Reproduction and Printing | In-House Copies | In-House Copies Mar 08 | 66.90 |

| 5/31/2008 | Reproduction and Printing | In-House Copies | In-House Copies May 08 | 51.40 |
|---|---|---|---|---|
| 6/30/2008 | Reproduction and Printing | In-House Copies | In-House Copies Jun 08 | 3.30 |
| 7/31/2008 | Reproduction and Printing | In-House Copies | In-house Copies Jul 08 | 6.80 |
| 8/31/2008 | Reproduction and Printing | Arnold & Porter | Photocopies- Job 80811008 | 977.70 |
| 8/31/2008 | Reproduction and Printing | In-House Copies | In-house Copies Aug 08 | 3.00 |
| 9/30/2008 | Reproduction and Printing | In-House Copies | In-House Copies Sep 08 | 51.10 |
| 1/31/2009 | Reproduction and Printing | In-House Copies | In-House Copies Jan09 | 1.80 |
| 7/28/2009 | Reproduction and Printing | In-House Copies | In-House Copies Jul 09 | 21.60 |
| 8/31/2009 | Reproduction and Printing | In-House Copies | In-House Copies Aug 09 | 4.20 |
| | *Total Costs:  Reproduction and Printing* | | | **$1,237.30** |

## TOTAL YNP SNOWMOBILE EXPENSES $3,467.83

| **YNP SNOWMOBILE EXPENSES** | **$3,467.83** |
|---|---|
| **YNP SNOWMOBILE FEES** | |
| **TOTAL FEES AND EXPENSES** | **$3,467.83** |