**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GREATER YELLOWSTONE COALITION, *et al.*, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>KENNETH SALAZAR, *et al.*, <br><br>　　　　Defendants. | Civ. No. 07-2111 (EGS) |
| NATIONAL PARKS CONSERVATION ASSOCIATION, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, <br><br>　　　　Defendants. | Civ. No. 07-2112 (EGS) |

**STIPULATION REGARDING SETTLEMENT**

**OF ATTORNEY FEES, COSTS AND EXPENSES**

　　Plaintiffs Greater Yellowstone Coalition, et al. (Civ. No. 07-2111 (EGS)) ("GYC"), and Federal Defendants Kenneth Salazar, et al. ("Defendants"), hereby stipulate and agree as follows:

**RECITALS**

　　WHEREAS, on November 20, 2007, GYC filed its Complaint alleging that the National Park Service's ("Service") 2007 Winter Use Plan for Yellowstone National Park violated

environmental statutes and other federal authorities, including the National Park Service Organic Act and the National Environmental Policy Act;

WHEREAS, by Order and Opinion dated September 15, 2008, the District Court for the District of Columbia vacated and remanded the Service's Winter Use Plan and corresponding Environmental Impact Statement for further proceedings consistent with the Court's opinion;

WHEREAS, on April 9, 2010, GYC filed an application for attorney fees, costs, and expenses under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412;

WHEREAS, GYC and Defendants have negotiated a settlement of GYC's claim for attorney fees, costs and expenses;

WHEREAS, GYC and Defendants enter this Stipulation Regarding Settlement of Attorney Fees, Costs, and Expenses ("Stipulation") without any admission of fact or law, or waiver of any claims or defenses, factual or legal.

**THEREFORE THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

1. Defendants agree to pay $182,000.00 in full settlement of all of GYC's claims under any authority for attorney fees, costs, and expenses incurred in the above-captioned litigation.

2. GYC agrees that receipt of such payment will constitute full satisfaction of its claims for attorney fees, costs and expenses, and shall fully release Defendants from any such claims.  GYC further agrees to provide notice of receipt of the payment to Defendants' counsel within 5 days of such receipt.

3. Defendants will make this payment by electronic funds transfer to Earthjustice, 426 17th St, 6th Floor, Oakland, CA 94612.

4. GYC will provide within five days after the effective date of this Stipulation the following information necessary for Defendants to process the disbursement: the payees' names, the payees' address, the payees' bank account number, the account type, the name of the payees' bank, the bank routing transit number ("RTN"), and the payees' tax identification number.

5. By this Stipulation, Defendants do not waive any right to contest any aspect of attorney fees, costs, or expenses, including hourly rates, claimed by GYC or GYC's counsel in future litigation. This Stipulation has no precedential value and shall not be used as evidence in any other attorneys' fees litigation.

6. No provision of this Agreement shall be interpreted as or constitute a commitment or requirement that Defendants obligate or pay funds in violation of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other law or regulation.

7. Because this Stipulation resolves all of GYC's claims to fees, costs, and expenses in the above-captioned matter under any authority, GYC hereby withdraws its application for attorney fees, costs, and expenses under EAJA.

8. This Stipulation contains the entire agreement between the parties to this Stipulation, and all previous understandings, agreements, and communications prior to the date hereof, whether express or implied, oral or written, relating to the subject matter of this Stipulation, are fully and completely extinguished and superseded by this Stipulation.

9. The undersigned representatives of GYC and Defendants certify that they are fully authorized by the party or parties whom they represent to enter into the terms and conditions of this Stipulation and to legally bind them to it.

//

//

//

10. The provisions of this Stipulation shall apply to and be binding upon each of the parties including, but not limited to, their officers, directors, servants, employees, successors, and assigns.

**SO STIPULATED.**

*[signature]* June 1, 2010

Douglas L. Honnold (D.C. Bar # 468323)
dhonnold@earthjustice.org
Sean M. Helle (D.C. Bar # 490085)
shelle@earthjustice.org
Earthjustice
209 South Willson Avenue
Bozeman, MT 59715
(406) 586-9699 | Telephone
(406) 586-9695 | Fax

David S. Baron (D.C. Bar # 464222)
dbarron@earthjustice.org
Earthjustice
1625 Massachusetts Ave., NW, Ste. 702
Washington, DC 20036
(202) 667-4500 | Telephone

*Attorneys for Plaintiffs*
*Greater Yellowstone Coalition, et al.*


Ignacia S. Moreno
Assistant Attorney General

*[signature]* June 1, 2010

Guillermo A. Montero
Barry A. Weiner
Luther L. Hajek
United States Department of Justice
Environment and Natural Resources Division
Post Office Box 663
Washington, D.C. 20044-0663
(202) 305-0469 | Telephone
(202) 305-0274 | Fax
Guillermo.Montero@usdoj.gov

4

*Attorneys for the Defendants*

Jason Waanders
U.S. Department of the Interior
Office of the Solicitor
Division of Parks and Wildlife
1849 C St., N.W., MS-5310
Washington, D.C. 20240
(202) 208-7957 | Telephone

*Of Counsel for the Defendants*